B2100A (Form 2100A) (12/15)

# United States Bankruptcy Court

District Of <u>MASSACHUSETTS</u>

In re <u>Owen R. and Ellen L. McKenna</u>,   Case No. <u>14-15109</u>

*U.S. BANKRUPTCY COURT*
*2017 SEP 25  P 3: 50*

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| U.S. Bank Trust National Association, as Trustee of the Igloo Series III Trust | U.S. ROF III Legal Title Trust 2015-1, by U.S. Bank National Association, as Legal Title Trustee |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

c/o BSI Financial Services
1425 Greenway Drive, Ste 400
Irving, TX  75038

Phone: <u>972-347-4350</u>
Last Four Digits of Acct #: <u>7261</u>

Court Claim # (if known): 9
Amount of Claim: 375,101.26
Date Claim Filed: 10/13/16

Phone: _____
Last Four Digits of Acct. #: <u>7261</u>

Name and Address where transferee payments should be sent (if different from above):

c/o BSI Financial Services
PO Box 679002
Dallas, TX  75267-9002

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____/s/_____   Date: 9/20/17
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.


FILING FEE PAID

B2100B (Form 2100B) (12/15)

# United States Bankruptcy Court

District Of MASSACHUSETTS

In re Owen R. and Ellen L. McKenna,    Case No. 14-15109

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No. 9 (if known) was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on _____ (date).

Name of Alleged Transferor
U.S. ROF III Legal Title Trust 2015-1, by U.S. Bank National Association, as Legal Title Trustee

Address of Alleged Transferor:

Fay Servicing, LLC
939 W North Ave.
Ste. 680
Chicago, IL 60642

Name of Transferee
US Bank Trust N.A., as trustee of Bungalow Series F Trust

Address of Transferee:

c/o BSI Financial Services
1425 Greenway Drive, Ste 400
Irving, TX 75038

~~DEADLINE TO OBJECT TO TRANSFER~~

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:_____

_____
**CLERK OF THE COURT**



**BSI Financial Services**

314 S Franklin St / Second Floor
PO Box 517
Titusville PA 16354
888-738-5873
814-217-1366 Fax
www.bsifinancial.com

August 24, 2017

14

Sent via First Class Mail

OWEN R MCKENNA
ELLEN L MCKENNA
104 RIVER ST
NORWELL, MA 02061

New Account Number: REDACTION
Old Account Num

## NOTICE OF SERVICING TRANSFER

The servicing of your mortgage loan is being transferred to BSI Financial Services, ("BSI Financial"), effective 08/17/2017. The transfer of servicing does not affect any term or condition of the mortgage loan other than terms directly related to the servicing of the loan.

Fay Servicing, LLC, your prior servicer, was collecting your payments. Fay Servicing, LLC, will not accept any payments received by you after the day preceding 08/17/2017.

As your new servicer, BSI Financial will start accepting payments received from you on or after 08/17/2017.

BSI Financial will collect your payments going forward. As your new servicer, BSI Financial will start accepting payments received from you on or 08/17/2017.

**Send all payments due on or after 08/17/2017 to BSI Financial at this address:**
BSI Financial Services
PO Box 679002
Dallas, TX 75267

If you have any questions for either your prior servicer, Fay Servicing, LLC, or your new servicer BSI Financial, about your mortgage loan or this transfer, please contact them using the information below:

Licensed as Servis One, Inc. dba BSI Financial Services
BSI Financial Services NMLS # 38078. Customer Care Hours: Mon. - Fri. 8:00 am to 11:00 pm (ET) and Sat. 8:00 am to 12:00 pm (ET).
If you have filed a bankruptcy petition and there is an "automatic stay" in effect in your bankruptcy case or you have received a discharge of your personal liability for the obligation identified in this letter, we may not and do not intend to pursue collection of that obligation from you personally. If either of these circumstances apply, this notice is not and should not be construed to be a demand for payment from you personally. Unless the Bankruptcy Court has ordered otherwise, please also note that despite any such bankruptcy filing, whatever rights we hold in the property that secures the obligation remain unimpaired.

LAW OFFICES OF MICHELLE GHIDOTTI
5120 E. La Palma Ave., Ste. 206
Anaheim Hills, CA 92807

September 19, 2017

Re:  Case No.: 14-15109 – Debtor(s): Owen R. and Ellen L. McKenna

Dear Clerk of the Court:

Enclosed herewith is a Transfer of Claims and Check No. 3281 made payable to U.S. Bankruptcy Court in the amount of $25.00 for the Transfer of Claim filing fee. Please file the enclosed document and enter the same on the docket. If you have any questions, please don't hesitate to contact me as follows:

Michelle R. Ghidotti- Gonsalves, Esq.,

5120 E. La Palma Ave., Ste. 206

Anaheim Hills, CA  92807

mghidotti@ghidottilaw.com  (949) 354-2601

U.S. BANKRUPTCY COURT
2017 SEP 25  P 3: 50

Thank You,

Michelle Ghidotti – Gonsalves, Esq.
Authorized Agent for BSI Financial Services