# UNITED STATES BANKRUPTCY COURT

DISTRICT OF MASSACHUSETTS
BOSTON DIVISION

In re: OWEN R MCKENNA  
      ELLEN L MCKENNA  
    Debtor(s)

Case No.: 14-15109-JEB

Chapter 13 Bankruptcy

## **NOTICE OF FINAL CURE PAYMENT**

    Pursuant to Federal Bankruptcy Rule 3002.1(f), the Trustee files Notice that the amount required to cure the default in the below claim has been paid in full and that the Debtor(s) have completed all payments under the plan.

Name of Creditor:   U.S.BANK TRUST NATIONAL ASSOCIATION

Trustee Claim No.:  010

Last four (4) digits of any number used to identify the Debtor's account: 7261

Final Cure Amount:

    Amount of Allowed Pre-Petition Arrearage:  $73,190.59

    Amount Paid by Trustee:              $73,190.59

Monthly Ongoing Mortgage Payment is Paid:

    ____ Through the Chapter 13 Trustee conduit       __X__ Direct by the Debtor

    Within 21 days of the service of this Notice, the creditor must file and serve same on the Debtor(s), Debtor's counsel and the Trustee, pursuant to Federal Bankruptcy Rule 3002.1(g), a Statement indicating whether it agrees that the Debtor has paid in full the amount required to cure the default and whether, consistent with the Bankruptcy Code section 1322(b)(5), the Debtor is otherwise current on all the payments or be subject to further action of the Court including possible sanctions.

Dated:  08/21/2020                          Respectfully submitted:

                                                    /s/ Carolyn A. Bankowski  
                                                    Chapter 13 Trustee

# United States Bankruptcy Court
DISTRICT OF MASSACHUSETTS
BOSTON DIVISION

In Re:  CASE NO: 14-15109-JEB
OWEN R MCKENNA
ELLEN L MCKENNA

Certificate of Service

The undersigned hereby certifies that on this date a copy of the Trustee's Notice of Final Cure Payment was served via first class mail postage prepaid, or by electronic notice, upon the debtor, debtor's counsel and creditor at the addresses set forth below.

---

GARY W. CRUICKSHANK, ESQ.
LAW OFFICE OF GARY W. CRUICKSHANK 21 CUSTOM HOUSE STREET SUITE 920 BOSTON, MA 02110
OWEN R & ELLEN L MCKENNA
P.O. BOX 237 NORWELL, MA 02061
U.S.BANK TRUST NATIONAL ASSOCIATION
C/O BSI FINANCIAL SERVICES 1425 GREENWAY DRIVE, SUITE 400 IRVING, TX 75038

---

Dated:  08/21/2020          /s/ Carolyn A. Bankowski
                            Chapter 13 Trustee