UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| In re:<br><br>OWEN MCKENNA<br>ELLEN MCKENNA,<br><br>    Debtors. | Chapter 13<br>Case No. 14-15109-JEB |

**ASSENTED-TO MOTION TO EXTEND DEADLINE**

NOW COMES U.S. Bank Trust, NA, as Trustee of the Igloo Series III Trust as serviced by BSI Financial Services ("**U.S. Bank Trust**") and – with the assent of counsel for the debtors – respectfully requests that this Court extend the deadline to respond to the Chapter 13 Trustee's Notice of Final Cure to September 24, 2020. In support thereof, U.S. Bank Trust states that counsel for U.S. Bank Trust is working with the servicer of the loan to ensure the response has the proper information and counsel for the debtors has agreed, via email, to assent to such request.

*Signature Page to Follow*

Respectfully submitted,

U.S. BANK TRUST, NA, AS TRUSTEE OF THE
IGLOO SERIES III TRUST AS SERVICED BY
BSI FINANCIAL SERVICES

By its attorneys,

DEMERLE HOEGER LLP

*/s/ Michael E. Swain, Esq.*
Richard C. Demerle, Esq. (BBO#652242)
Michael E. Swain, Esq. (BBO#676513)
10 City Square, 4th Floor
Boston, MA 02129
(617) 337-4444
MSwain@DHNewEngland.com

DATE:   September 10, 2020

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| In re:<br><br>OWEN MCKENNA<br>ELLEN MCKENNA,<br><br>Debtor(s). | Chapter 13<br>Case No. 14-15109-JEB |
|---|---|

### CERTIFICATE OF SERVICE

I, Michael E. Swain, Esq. of the law firm of Demerle Hoeger LLP, hereby certify that I have this 10th day of September, 2020 served on behalf of U.S. Bank Trust, NA, as Trustee of the Igloo Series III Trust as serviced by BSI Financial Services an <u>Assented-to Motion to Extend Deadline</u> and this <u>Certificate of Service</u> by causing copies hereof to be sent to all parties entitled to service per the Federal Rules of Bankruptcy Procedure by electronic mail via the Case Management / Electronic Case Files (ECF) system and by first-class U.S. mail (M) to all parties not appearing electronically.

| Owen McKenna and Ellen McKenna<br>104 River St.<br>Norwell, MA 02061 (M) | Gary W. Cruickshank<br>Law Office of Gary W. Cruickshank<br>21 Custom House Street Suite 920<br>Boston, MA 02110 (ECF) |
|---|---|
| John Fitzgerald<br>5 Post Office Sq., 10th Fl, Suite 1000<br>Boston, MA 02109 (M) | Carolyn Bankowski-13-12<br>Chapter 13-12 Trustee Boston<br>P. O. Box 8250<br>Boston, MA 02114 (ECF) |

/s/ Michael E. Swain, Esq.
Michael E. Swain, Esq.