## UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF MASSACHUSETT

In Re:                                      )          Chapter 13
OWEN R. MCKENNA                )          Case No. 14-15109-JEB
ELLEN L. MCKENNA                 )
     Debtors                       )
-----------------------------------

### MOTION OF DEBTORS PURSUANT TO RULE 3002.1(h)

To the Honorable Janet E. Bostwick, Bankruptcy Judge:

The above captioned Debtors, in response to Document 309, the Order issued by this Court on October 21, 2020 (the "Order") regarding U.S. Bank Trust N.A. Response to the Chapter 13 Trustee's Notice of Final Cure Payment (the "U.S. Bank Response"), request that this Court find that the Debtors have paid all required post-petition amounts to U.S. Bank Trust N.A. (the "Lender"). In accordance with the Order, responses are due by November 12, 2020.

1. Part 3(a) of U.S. Bank Response indicates total post-petition payments due of $5,394.86.[1]  The Debtors state that the payment history fails to include a payment of $5,276.01 dated April 2, 2019.  See Exhibit A annexed hereto.

2. The Debtors also state that the actual payment on February 7, 2017 is short by $1,184.74 as was indicated to the Lender two (2) years ago.  Said payment was posted at $3,643.20 but the actual payment was $4,827.94.  Also, the date on the chart is incorrect.  The date the check was posted is February 7, 2018.  See Exhibit B annexed hereto.

3. On October 22, 2020, the Lender filed Document Number 310, entitled Supplement to Response to Notice of Final Cure Payment (hereinafter Document 310).

---

[1] As a result of Exhibits A and B, there is not a post-petition balance due but rather an overpayment of $1,065.89 through October 2020.

4. Document 310 is confusing.  For example, the Debtors cannot locate the total of $15,738.18[2] anywhere in Document Number 310.

5. Document 310 does not appear to contain totals for each column.

6. Unlike the spreadsheet in part B of Form 4100R, the twelve-page spreadsheet attached to support the outstanding escrow balance, Document 310, was almost entirely not useful. Among many problems with the document, Mr. and Mrs. McKenna could not find their current outstanding escrow balance as shown in Form 4100R nor could they derive said information from the data in the spreadsheet. In addition, the dates in the spreadsheet did not correspond to the post-petition period starting 7/1/2015 (for example, their earliest escrow balance shown is dated 3/1/2016).

7. On November 30, 2017, there is an entry on Document 310 labelled Investor Transfer without Cash.  The Debtors have no idea the basis of this entry.

8. Pages 6,7,8 column 3 of Document 310 contain entries dated in 2022, 2023 and 2024. See highlights on Exhibit C (annexed hereto).  None of those years have yet to arrive.

9. The 4th column of Document number 310 contains various entry codes, none of which are explained.

10. In Part 3 of Form 4100R[3] on page 1, it states that the "debtors are contractually obligated for the post-petition payment(s) that first became due on: 09/01/2020. This entry is not understood. Mr. and Mrs. McKenna are current on all of their post-petition payments.

---

[2] Total fees, charges, expenses, escrow and costs outstanding in Form 1400R filed on October 20, 2020.  On November 10, 2020, the Lender filed a Notice of Mortgage Payment Change, page 4 thereof indicates a starting balance of $15,738.18.  Mr. and Mrs. McKenna are reviewing this document.
[3] Form 4100R is annexed hereto as Exhibit D.

11. In Form 4100R, total fees, charges, expenses, ESCROW, and costs outstanding in

(Part 3b) - $15,738.18 (total) and the figure of $12,108.68 relate to escrow.

12. The post-petition escrow portion $12,108.68 of the total amount due in Part 3b of

Form 4100R is disputed.  According to the records of Mr. and Mrs. McKenna, the

correct post-petition escrow amount due is $9,238.22 as shown in the attached "BSI

Escrow Balance Summary" spreadsheet which is annexed as Exhibit E.

13. As per the Amended Proof of Claim, the escrow balance was -$22,028.66 as of

6/9/2015. The payment of this amount and an additional payment of $7,113.98

(required minimum escrow balance as of that date) was included in the total

prepetition cure amount (PCR) of $73,190.59.

14. The above two escrow payments total $29,142.64. This amount represented an

escrow accounts receivable as of 7/1/2015. This amount was paid in full by 7/7/2020

as part of the total PCR of $73,190.59.

15. The effective escrow balance of 7/1/2015, the beginning of the post-petition period,

was $7,113.98 which includes the escrow payments  as a receivable credit.

16. Post-petition mortgage payments were due starting 7/1/2015. Including the payment

due 10/1/2020, a total of 64 mortgage payments were due and paid. The escrow

portion of these payments totaled $117,710.05.

17. BSI (and their predecessor, Fay Servicing) paid all post-petition property taxes (104

River St., Accounts 59-32 and 59-36) to the Town of Norwell, MA. The total amount

of these taxes was $112,210.37 from 7/1/2015 through 10/30/2020 for fiscal years

2016 through 2020 and first and second quarter of fiscal year 2021.

18. Fay Servicing never paid homeowners insurance during the time it was the account
    servicer from 7/1/2015 through 8/1/2017. BSI paid homeowners insurance premiums
    starting in October, 2017. The total of all insurance payments from 10/4/2017 through
    10/30/2020 was $21,851.88.

19. The correct escrow balance as of 10/30/2020 was -$9,238.22. This balance is based
    on the prepetition balance as of 7/1/2015 (C) and includes all payment receipts (D)
    minus all disbursements (E and F) through 10/30/2020 – see Exhibit E.

20. Mr. and Mrs. McKenna believe that their approach to correctly calculate the post-
    petition escrow balance is straightforward, understandable and can be easily
    confirmed. As per the attached Exhibit E, the escrow component of all post-petition
    mortgage payments minus all tax and insurance disbursements are added to the
    opening post-petition balance of 7/1/2015 to calculate the current escrow post-petition
    balance as of 10/30/20.

21. Relative to the total fees, charges, expenses, escrow, and costs outstanding (Part
    3b) of Form 4100R - $15,738.18 (total) / $3,629.50 FEES only.

22. Mr. and Mrs. McKenna dispute the entire amount of the non-escrow portion of Part
    3b Form 4100R (fees, charges, etc.) of $3,629.50 pending being supplied of a full and
    satisfactory explanation by the Lender that these charges were reasonable
    and necessary.

23. The spreadsheet attached to the Form 4100R lists twelve of these "fees" throughout
    the document: eleven are listed as "Expense Advances" and total $2,054.50; and one
    is listed as "AQ: Bankruptcy Fees" and totals $1,575.00. These twelve charges have
    been listed in our attached Exhibit F.

24. Nine of the twelve fees appear to be from when Fay Servicing was the account servicer but posted later by BSI. In fact, the spreadsheet of Mr. and Mrs. McKenna shows that most of these charges were posted an average of sixteen months after the "Paid To Date".

25. Mr. and Mrs. McKenna have never been notified in advance of these charges nor received any correspondence explaining their purpose or justification.

26. In conclusion, Mr. and Mrs. McKenna dispute the fee portion of Form 4100R, $3,629.50. The balance due post-petition for insurance payments is as follows:

    A.  Correct escrow balance - $9,238.22

    B.  Less overpayment of $1,065.89 per footnote 1;

    C.  Balance due for post-petition insurance payments made by Lender on behalf of the McKenna's $8,172.33.

27. Any other balance in Form 4100R should be disallowed.

WHEREFORE, the Debtors request that this Court overrule U.S. Bank Response and enter the discharge for the Debtors upon payment by the Debtors of $8,172.33.

<div style="margin-left:40%">

Owen R. McKenna
Ellen L. McKenna
By their Counsel,

</div>

Dated: November 12, 2020

<div style="margin-left:40%">

/s/Gary W. Cruickshank, Esq.
21 Custom House Street
Suite 920
Boston, MA 02110
(617) 330-1960
(BBO107600)
gwc@cruickshank-law.com

</div>

<u>CERTIFICATE OF SERVICE</u>

I, Gary W. Cruickshank, hereby certify that on November 12, 2020, I electronically filed with the Clerk of the Bankruptcy Court, the foregoing Motion and served same in the following manner upon the interested parties:

Email service: via the Court's CM/ECF system which sent notification of such filing to the following:

- **Richard Askenase**     askenaselaw@aol.com
- **Stephanie E. Babin**     SBabin@DHNewEngland.com, sbabinecf@gmail.com,Bankruptcy@DHNewEngland.com
- **Carolyn Bankowski-13-12**     13trustee@ch13boston.com
- **Derek A. Castello**     bankruptcy@dhnewengland.com, dcastello@dhnewengland.com
- **Richard C. Demerle**     RDemerle@DHNewEngland.com, bankruptcy@DHNewEngland.com
- **John Fitzgerald**     USTPRegion01.BO.ECF@USDOJ.GOV
- **Marcus Pratt**     bankruptcy@KORDEASSOC.COM
- **James Southard**     bankruptcy@orlansmoran.com, ANHSOM@4stechnologies.com
- **Michael E Swain**     mswain@dhnewengland.com, bankruptcy@dhnewengland.com
- **Tatyana P. Tabachnik**     bankruptcyNE@orlans.com, ttabachnik@orlans.com;ANHSOM@4stechnologies.com
- **Robert F. Tenney**     rtenney@cmlaw.net
- **David Yunghans**     dyunghans@masatlaw.com

And by regular United States mail, postage prepaid upon the following:

U.S. Bank Trust, N.A.
c/o BSI Financial Services
1425 Greenway Drive, Ste. 400
Irving TX 75038

/s/ Gary W. Cruickshank

# EXHIBIT A

**Bank of America** 🦅                                                **Online Banking**

---

**Adv Tiered Interest Chkg - 0112: Account Activity Transaction Details**

---

**Check number:**     00000004236

**Post date:**     04/02/2019

**Amount:**     -5,276.01

**Type:**     Check

**Description:**     Check

**Merchant name:**     Check

**Transaction category:**     Cash, Checks & Misc: Checks

#45
MARCH, 2019

# EXHIBIT B

**Bank of America** 〰

# Online Banking

---

**Adv Tiered Interest Chkg - 0112: Account Activity Transaction Details**

---

| | |
|---|---|
| **Check number:** | 00000004219 |
| **Post date:** | 02/07/2018 |
| **Amount:** | -4,827.94 |
| **Type:** | Check |
| **Description:** | Check |
| **Merchant name:** | Check |
| **Transaction category:** | Cash, Checks & Misc: Checks |

# 31

BSI
Account
No 07261
January, 2018
PAYMENT

# EXHIBIT C

| Fill in this information to identify the case: | |
|---|---|
| Debtor 1 | Owen R. McKenna |
| Debtor 2 (Spouse, if filing) | Ellen L. McKenna |
| United States Bankruptcy Court for the: | District of Massachusetts |
| Case number | 14-15109-JEB |

Secard

## Form 4100R

# Response to Notice of Final Cure Payment

10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

---

**Part 1:** Mortgage Information

Name of creditor:  U.S. Bank Trust, N.A.

Court claim no. (if known): 10-1

Last 4 digits of any number you use to identify the debtor's account:  7  2  6  1

Property address:  104 River Street
Number   Street

Norwell, MA 02061
City   State   ZIP Code

---

**Part 2:** Prepetition Default Payments

Check one:

☑ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:   $ _____

---

**Part 3:** Postpetition Mortgage Payment

Check one:

☐ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: _____
MM / DD / YYYY

☑ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.
Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:  (a) $ 5,394.86

b. Total fees, charges, expenses, escrow, and costs outstanding:  + (b) $ 15,738.18

c. **Total.** Add lines a and b.  (c) $ 21,133.04

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:   09/01/2020
MM / DD / YYYY

---

| Debtor 1 | Owen R. McKenna | | | Case number (if known) | 14-15109-JEB |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

---

**Part 4:  Itemized Payment History**

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

☒ all payments received;
☒ all fees, costs, escrow, and expenses assessed to the mortgage; and
☒ all amounts the creditor contends remain unpaid.

---

**Part 5:  Sign Here**

The person completing this response must sign it.  The response must be filed as a supplement to the creditor's proof of claim.

*Check the appropriate box::*

☐ I am the creditor.
☒ I am the creditor's attorney or authorized agent.

I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

| | ✗ /s/ Derek A. Castello | Date | 10/20/2020 |
|---|---|---|---|
| | Signature | | |

| Print | Derek A. Castello, Esq. (BBO#690007) | Title | Attorney |
|---|---|---|---|
| | First Name   Middle Name   Last Name | | |

| Company | Demerle Hoeger LLP |
|---|---|

If different from the notice address listed on the proof of claim to which this response applies:

| Address | 10 City Square, 4th Floor | | |
|---|---|---|---|
| | Number          Street | | |
| | Boston | MA | 02129 |
| | City | State | ZIP Code |

| Contact phone | (617) 337-4444 | Email | DCastello@DHNewEngland.com |
|---|---|---|---|

**BSI Financial Services**

**Loan Information**

| | |
|---|---|
| Loan # | |
| Borrower | Owen McKenna |
| BK Case # | 14-15109 |
| Date Filed | 10/31/2014 |
| First Post Petition | |
| Due Date | 7/1/2015 |
| POC Covers | |

Converted to CH 13 BK 6/9/15

**Payment Changes**

| Date | P&I | Escrow | Total | Notice Filed | |
|---|---|---|---|---|---|
| 10/19/2015 | $2,936.53 | $1,718.94 | $4,655.47 | Filed w/ POC | |
| 6/1/2016 | $2,994.90 | $1,846.96 | $4,841.86 | NOPC | Escrow & ARM |
| 6/1/2017 | $3,137.50 | $1,662.55 | $4,800.05 | NOPC | Escrow & ARM |
| 8/1/2017 | $3,165.39 | $1,662.55 | $4,827.94 | NOPC | ARM |
| 1/1/2018 | $3,165.39 | $1,866.39 | $5,031.78 | NOPC | Escrow |
| 2/1/2018 | $3,219.99 | $1,866.39 | $5,086.38 | NOPC | |
| 8/1/2019 | $3,412.05 | $1,866.39 | $5,278.44 | NOPC | |
| 12/1/2019 | $3,412.05 | $2,006.67 | $5,418.72 | NOPC | |
| 2/1/2020 | | | $5,294.57 | | |
| 8/1/2020 | | | $5,108.03 | | |

| Date | Amount Rcvd | Post Pet Due Date | Contractual Due Date | Amt Due | Over/Short | Suspense Credit | Suspense Debit | Suspense Balance | POC Arrears Credit | POC Debit | POC Suspense Balance | POC Paid to Date | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6/30/2015 | $5,400.35 | 7/1/2015 | | $4,665.47 | $734.88 | $734.88 | | $734.88 | | | $0.00 | $0.00 | |
| 7/21/2015 | $5,325.69 | 8/1/2015 | | $4,665.47 | $660.22 | $660.22 | | $1,395.10 | | | $0.00 | $0.00 | |
| 7/27/2015 | $4,666.99 | 9/1/2015 | | $4,665.47 | $1.52 | $1.52 | | $1,396.62 | | | $0.00 | $0.00 | |
| 9/15/2015 | $4,666.99 | 10/1/2015 | | $4,655.47 | $11.52 | $11.52 | | $1,408.14 | | | $0.00 | $0.00 | |
| 10/3/2015 | $4,655.47 | 11/1/2015 | | $4,655.47 | $0.00 | | | $1,408.14 | | | $0.00 | $0.00 | |
| 11/7/2015 | $4,655.47 | 12/1/2015 | | $4,655.47 | $0.00 | | | $1,408.14 | | | $0.00 | $0.00 | |
| 12/15/2015 | $4,655.47 | 1/1/2016 | | $4,655.47 | $0.00 | | | $1,408.14 | | | $0.00 | $0.00 | |
| 1/23/2016 | $4,655.47 | 2/1/2016 | | $4,655.47 | $0.00 | | | $1,408.14 | | | $0.00 | $0.00 | |
| 2/26/2016 | $4,655.47 | 3/1/2016 | | $4,655.47 | $0.00 | | | $1,408.14 | | | $0.00 | $0.00 | |
| 4/23/2016 | $4,655.47 | 4/1/2016 | | $4,655.47 | $0.00 | | | $1,408.14 | | | $0.00 | $0.00 | |
| 4/30/2016 | $4,655.47 | 5/1/2016 | | $4,655.47 | $0.00 | | | $1,408.14 | | | $0.00 | $0.00 | |
| 6/18/2016 | $4,655.47 | 6/1/2016 | | $4,841.86 | -$186.39 | | $186.39 | $1,221.75 | | | $0.00 | $0.00 | |
| 7/9/2016 | $4,713.84 | 7/1/2016 | | $4,841.86 | -$128.02 | $128.02 | | $1,093.73 | | | $0.00 | $0.00 | |
| 8/31/2016 | $4,713.50 | 8/1/2016 | | $4,841.86 | -$128.36 | | $128.02 | $965.71 | | | $0.00 | $0.00 | |
| 10/3/2016 | $4,713.84 | 9/1/2016 | | $4,841.86 | -$128.02 | | $128.02 | $837.69 | | | $0.00 | $0.00 | |
| 10/29/2016 | $4,713.84 | 10/1/2016 | | $4,841.86 | -$128.02 | | $128.02 | $709.67 | | | $0.00 | $0.00 | |
| 11/29/2016 | $4,713.84 | 11/1/2016 | | $4,841.86 | -$128.02 | | $128.02 | $581.65 | | | $0.00 | $0.00 | |
| 12/24/2016 | | suspense | | $0.00 | | $4,713.84 | | $5,295.49 | | | $0.00 | $0.00 | |
| 1/30/2017 | $4,713.84 | 12/1/2016 | | $4,841.86 | -$128.02 | | $128.02 | $5,167.47 | | | $0.00 | $0.00 | |
| 3/2/2017 | $4,713.84 | 1/1/2017 | | $4,841.86 | -$128.02 | | $128.02 | $5,039.45 | | | $0.00 | $0.00 | |
| 4/3/2017 | $4,713.84 | 2/1/2017 | | $4,841.86 | -$128.02 | | $128.02 | $4,911.43 | | | $0.00 | $0.00 | |
| 5/1/2017 | $4,713.84 | 3/1/2017 | | $4,841.86 | -$128.02 | | $128.02 | $4,783.41 | | | $0.00 | $0.00 | |
| 5/31/2017 | $4,655.47 | 4/1/2017 | | $4,841.86 | -$186.39 | | $186.39 | $4,597.02 | | | $0.00 | $0.00 | |
| 6/24/2017 | $4,800.05 | 5/1/2017 | | $4,841.86 | -$41.81 | | $41.81 | $4,555.21 | | | $0.00 | $0.00 | |
| 7/22/2017 | $4,800.05 | 6/1/2017 | | $4,800.05 | $0.00 | | | $4,555.21 | | | $0.00 | $0.00 | |
| 9/15/2017 | $4,827.94 | 7/1/2017 | | $4,800.05 | $27.89 | $27.89 | | $4,583.10 | | | $0.00 | $0.00 | |
| 9/22/2017 | $4,827.94 | 8/1/2017 | | $4,827.94 | $0.00 | | | $4,583.10 | | | $0.00 | $0.00 | |
| 10/24/2017 | $4,827.94 | 9/1/2017 | | $4,827.94 | $0.00 | | | $4,583.10 | | | $0.00 | $0.00 | |
| 12/5/2017 | $4,827.94 | 10/1/2017 | | $4,827.94 | $0.00 | | | $4,583.10 | | | $0.00 | $0.00 | |
| 12/28/2017 | $4,827.94 | 11/1/2017 | | $4,827.94 | $0.00 | | | $4,583.10 | | | $0.00 | $0.00 | |
| 2/7/2017 | $3,643.20 | 12/1/2017 | | $4,827.94 | -$1,184.74 | | $1,184.74 | $3,398.36 | | | $0.00 | $0.00 | |
| 3/1/2018 | $4,827.94 | 1/1/2018 | | $5,031.78 | -$203.84 | | $203.84 | $3,194.52 | | | $0.00 | $0.00 | |
| 3/28/2018 | $4,827.94 | 2/1/2018 | | $5,086.38 | -$258.44 | | $258.44 | $2,936.08 | | | $0.00 | $0.00 | |
| 4/25/2018 | $4,882.54 | 3/1/2018 | | $5,086.38 | -$203.84 | | $203.84 | $2,732.24 | | | $0.00 | $0.00 | |
| 5/30/2018 | $4,882.54 | suspense | | $4,882.54 | | $4,882.54 | | $7,614.78 | | | $0.00 | $0.00 | |
| 5/30/2018 | | | | $5,086.38 | | | $5,086.38 | $2,528.40 | | | $0.00 | $0.00 | |
| 6/26/2018 | $4,882.54 | 5/1/2018 | | $5,086.38 | -$203.84 | | $203.84 | $2,324.56 | | | $0.00 | $0.00 | |
| 7/30/2018 | $4,882.54 | 6/1/2018 | | $5,086.38 | -$203.84 | | $203.84 | $2,120.72 | | | $0.00 | $0.00 | |
| 8/22/2018 | $5,276.04 | 7/1/2018 | | $5,086.38 | $189.66 | $189.66 | | $2,310.38 | | | $0.00 | $0.00 | |
| 9/25/2018 | $5,276.01 | 8/1/2018 | | $5,086.38 | $189.63 | $189.63 | | $2,500.01 | | | $0.00 | $0.00 | |
| 10/24/2018 | $5,276.01 | 9/1/2018 | | $5,086.38 | $189.63 | $189.63 | | $2,689.64 | | | $0.00 | $0.00 | |
| 11/27/2018 | $5,276.01 | 10/1/2018 | | $5,086.38 | $189.63 | $189.63 | | $2,879.27 | | | $0.00 | $0.00 | |
| 1/3/2019 | $5,276.01 | 11/1/2018 | | $5,086.38 | $189.63 | $189.63 | | $3,068.90 | | | $0.00 | $0.00 | |
| 2/13/2019 | $5,276.01 | 12/1/2018 | | $5,086.38 | $189.63 | $189.63 | | $3,258.53 | | | $0.00 | $0.00 | |
| 3/4/2019 | $5,276.01 | 1/1/2019 | | $5,086.38 | $189.63 | $189.63 | | $3,448.16 | | | $0.00 | $0.00 | |
| 5/1/2019 | $5,356.74 | 2/1/2019 | | $5,086.38 | $270.36 | $270.36 | | $3,718.52 | | | $0.00 | $0.00 | |
| 5/29/2019 | $5,356.74 | 3/1/2019 | | $5,086.38 | $270.36 | $270.36 | | $3,988.88 | | | $0.00 | $0.00 | |
| 7/1/2019 | $5,356.74 | 4/1/2019 | | $5,086.38 | $270.36 | $270.36 | | $4,259.24 | | | $0.00 | $0.00 | |
| 8/6/2019 | $5,356.74 | 5/1/2019 | | $5,086.38 | $270.36 | $270.36 | | $4,529.60 | | | $0.00 | $0.00 | |
| 9/5/2019 | $5,278.44 | 6/1/2019 | | $5,086.38 | $192.06 | $192.06 | | $4,721.66 | | | $0.00 | $0.00 | |
| 10/2/2019 | $5,278.44 | 7/1/2019 | | $5,086.38 | $192.06 | $192.06 | | $4,913.72 | | | $0.00 | $0.00 | |
| 11/4/2019 | $5,278.44 | 8/1/2019 | | $5,278.44 | $0.00 | | | $4,913.72 | | | $0.00 | $0.00 | |
| 11/14/2019 | $5,278.44 | 9/1/2019 | | $5,278.44 | $0.00 | | | $4,913.72 | | | $0.00 | $0.00 | |
| 12/11/2019 | $5,418.72 | 10/1/2019 | | $5,278.44 | $140.28 | $140.28 | | $5,054.00 | | | $0.00 | $0.00 | |
| 1/14/2020 | $5,418.72 | 11/1/2019 | | $5,278.44 | $140.28 | $140.28 | | $5,194.28 | | | $0.00 | $0.00 | |

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2/14/2020 | $5,418.72 | 12/1/2019 | | $5,418.72 | $0.00 | | | $5,194.28 | | | $0.00 | $0.00 | |
| 3/13/2020 | $5,418.72 | 1/1/2020 | | $5,418.72 | $0.00 | | | $5,194.28 | | | $0.00 | $0.00 | |
| 4/15/2020 | $5,294.57 | 2/1/2020 | | $5,294.57 | $0.00 | | | $5,194.28 | | | $0.00 | $0.00 | |
| 5/13/2020 | $5,294.57 | 3/1/2020 | | $5,294.57 | $0.00 | | | $5,194.28 | | | $0.00 | $0.00 | |
| 6/12/2020 | $5,294.57 | 4/1/2020 | | $5,294.57 | $0.00 | | | $5,194.28 | | | $0.00 | $0.00 | |
| 7/13/2020 | $5,294.57 | 5/1/2020 | | $5,294.57 | $0.00 | | | $5,194.28 | | | $0.00 | $0.00 | |
| 7/31/2020 | $5,108.03 | 6/1/2020 | | $5,294.57 | -$186.54 | | $186.54 | $5,007.74 | | | $0.00 | $0.00 | |
| 9/3/2020 | $5,108.03 | 7/1/2020 | | $5,294.57 | -$186.54 | | $186.54 | $4,821.20 | | | $0.00 | $0.00 | |
| 10/1/2020 | $5,108.03 | 8/1/2020 | | $5,108.03 | $0.00 | | | $4,821.20 | | | $0.00 | $0.00 | |
| | | 9/1/2020 | | $5,108.03 | -$5,108.03 | | | $4,821.20 | | | $0.00 | $0.00 | |
| | | 10/1/2020 | | $5,108.03 | -$5,108.03 | | | $4,821.20 | | | $0.00 | $0.00 | |

# EXHIBIT D

| Date | Date | Posted | Code | Description | Amt1 | Amt2 | Amt3 | Amt4 | | | | Ref | Balance1 | Balance2 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 7/7/2020 | 6/13/2019 | 11/1/2019 | E91 | EN MASSE ESCROW DISBURSEMENT | -4160.54 | | | -4160.54 | | | | 32687 | 397877.22 | -6407.32 |
| 6/16/2020 | 6/13/2019 | 11/1/2019 | SR | SINGLE ITEM RECEIPT | 1219.84 | | | 1219.84 | | | | 3656 | 397877.22 | -2246.78 |
| 6/16/2020 | | 1/1/2024 | PRE | NO. OF PLAN PMTS=01 | | | | | | | | 3656 | | |
| 6/16/2020 | | 1/1/2024 | PRE | DUE: 1219.84 SHORT: 0.00 | 1219.84 | | | | | | | 3656 | | |
| 6/12/2020 | 6/12/2019 | 11/1/2019 | SRA | SINGLE ITEM RECEIPT VIA AUTOPOST | 16.13 | | | | | | 16.13 | 93 | 397877.22 | -3466.62 |
| 6/12/2020 | | 11/1/2019 | UF* | UNAPPLIED FUNDS TO 2 | | | | | | | 16.13 | 93 | | |
| 6/12/2020 | 6/12/2019 | 11/1/2019 | AP | AUTOPOST | 5278.44 | 1746.95 | 1665.1 | 1866.39 | | | | 93 | 397877.22 | -3466.62 |
| 6/12/2020 | | 5/1/2020 | POS | NO. OF PLAN PMTS=01 | | | | | | | | 93 | | |
| 6/12/2020 | | 5/1/2020 | POS | DUE: 5294.57 SHORT: 0.00 | 5294.57 | | | | | | | 93 | | |
| 5/20/2020 | 5/16/2020 | 10/1/2019 | SR | SINGLE ITEM RECEIPT | 1219.84 | | | 1219.84 | | | | 3309 | 399624.17 | -5333.01 |
| 5/20/2020 | | 12/1/2023 | PRE | NO. OF PLAN PMTS=01 | | | | | | | | 3309 | | |
| 5/20/2020 | | 12/1/2023 | PRE | DUE: 1219.84 SHORT: 0.00 | 1219.84 | | | | | | | 3309 | | |
| 5/13/2020 | 5/13/2020 | 10/1/2019 | SRA | SINGLE ITEM RECEIPT VIA AUTOPOST | 16.13 | | | | | | 16.13 | 93 | 399624.17 | -6552.85 |
| 5/13/2020 | | 10/1/2019 | UF* | UNAPPLIED FUNDS TO 2 | | | | | | | 16.13 | 93 | | |
| 5/13/2020 | 5/13/2020 | 10/1/2019 | AP | AUTOPOST | 5278.44 | 1739.7 | 1672.35 | 1866.39 | | | | 93 | 399624.17 | -6552.85 |
| 5/13/2020 | | 4/1/2020 | POS | NO. OF PLAN PMTS=01 | | | | | | | | 93 | | |
| 5/13/2020 | | 4/1/2020 | POS | DUE: 5294.57 SHORT: 0.00 | 5294.57 | | | | | | | 93 | | |
| 4/15/2020 | 4/15/2020 | 9/1/2019 | SRA | SINGLE ITEM RECEIPT VIA AUTOPOST | 16.13 | | | | | | 16.13 | 93 | 401363.87 | -8419.24 |
| 4/15/2020 | | 9/1/2019 | UF* | UNAPPLIED FUNDS TO 2 | | | | | | | 16.13 | 93 | | |
| 4/15/2020 | 4/15/2020 | 9/1/2019 | AP | AUTOPOST | 5278.44 | 1732.48 | 1679.57 | 1866.39 | | | | 93 | 401363.87 | -8419.24 |
| 4/15/2020 | | 3/1/2020 | POS | NO. OF PLAN PMTS=01 | | | | | | | | 93 | | |
| 4/15/2020 | | 3/1/2020 | POS | DUE: 5294.57 SHORT: 0.00 | 5294.57 | | | | | | | 93 | | |
| 4/14/2020 | 4/14/2020 | 8/1/2019 | SR | SINGLE ITEM RECEIPT | 1507.72 | | | 1507.72 | | | | 3663 | 403096.35 | -10285.63 |
| 4/14/2020 | | 10/1/2023 | PRE | NO. OF PLAN PMTS=02 | | | | | | | | 3663 | | |
| 4/14/2020 | | 10/1/2023 | PRE | DUE: 2439.68 SHORT: 931.96 | 1507.72 | | | | | | | 3663 | | |
| 4/9/2020 | | 8/1/2019 | E91 | EN MASSE ESCROW DISBURSEMENT | -596.35 | | | -596.35 | | | | 32687 | 403096.35 | -11793.35 |
| 4/9/2020 | | 8/1/2019 | E91 | EN MASSE ESCROW DISBURSEMENT | -3593.09 | | | -3593.09 | | | | 32687 | 403096.35 | -11197 |
| 3/31/2020 | | 8/1/2019 | EI | INTEREST ON ESCROW | 0.61 | | | 0.61 | | | | 32046 | 403096.35 | -7603.91 |
| 3/25/2020 | 3/21/2020 | 8/1/2019 | SR | SINGLE ITEM RECEIPT | 931.96 | | | 931.96 | | | | 3630 | 403096.35 | -7604.52 |
| 3/25/2020 | | 10/1/2023 | PRE | NO. OF PLAN PMTS=00 | | | | | | | | 3630 | | |
| 3/25/2020 | | 10/1/2023 | PRE | DUE: 0.00 OVER: -931.96 | 931.96 | | | | | | | 3630 | | |
| 3/19/2020 | | 8/1/2019 | AA | ADMINISTRATIVE ADJUSTMENTS | | | | -10402.87 | | | | 3087 | 403096.35 | -8536.48 |
| 3/19/2020 | | 8/1/2019 | FM | FILE MAINTENANCE | | | | | | | | 3087 | | |
| 3/13/2020 | 3/13/2020 | 8/1/2019 | SRA | SINGLE ITEM RECEIPT VIA AUTOPOST | 140.28 | | | | | | 140.28 | 93 | 403096.35 | 1866.39 |
| 3/13/2020 | | 8/1/2019 | UF* | UNAPPLIED FUNDS TO 2 | | | | | | | 140.28 | 93 | | |
| 3/13/2020 | 3/13/2020 | 8/1/2019 | AP | AUTOPOST | 5278.44 | 1725.29 | 1686.76 | 1866.39 | | | | 93 | 403096.35 | 1866.39 |
| 3/13/2020 | | 8/1/2019 | AMC | ADJUSTABLE RATE, P&I, SUBSIDY, TERM CHANGES/GPM CHANGES | | | | | | | | 93 | | |
| 3/13/2020 | | 2/1/2020 | POS | NO. OF PLAN PMTS=01 | | | | | | | | 93 | | |
| 3/13/2020 | | 2/1/2020 | POS | DUE: 5294.57 OVER: -124.15 | 5418.72 | | | | | | | 93 | | |
| 2/28/2020 | 6/1/2019 | 7/1/2019 | PT | REAPPLICATION OF PAYMENTS DUE TO INVESTOR TRANSFER | 11701.99 | 1669.61 | 1820.74 | | | | 8211.64 | 3087 | 404821.64 | |
| 2/28/2020 | | 7/1/2019 | UF* | UNAPPLIED FUNDS TO 2 | | | | | | | 8211.64 | 3087 | | |
| 2/28/2020 | | 6/1/2019 | ITR | INVESTOR TRANSFER WITHOUT CASH | | | | | | | | 3087 | | |
| 2/28/2020 | 6/1/2019 | 6/1/2019 | UF* | UNAPPLIED FUNDS TO 2 | | | | | | | 8211.64 | 3087 | | |
| 2/28/2020 | 6/1/2019 | 6/1/2019 | RT | PAYMENT REVERSAL DUE TO INVESTOR TRANSFER | -11701.99 | -1669.61 | -1820.74 | | | | -8211.64 | 3087 | 406491.25 | |
| 2/28/2020 | | 6/1/2019 | UF* | UNAPPLIED FUNDS TO 2 | | | | | | | -8211.64 | 3087 | | |
| 2/28/2020 | | 7/1/2019 | AA | ADMINISTRATIVE ADJUSTMENTS | | | | 10402.87 | | | | 3087 | 404821.64 | |
| 2/28/2020 | | 8/1/2019 | FM | FILE MAINTENANCE | | | | | | | | 3087 | | |
| 2/20/2020 | 2/18/2020 | 7/1/2019 | SR | SINGLE ITEM RECEIPT | 1219.84 | | | 1219.84 | | | | 3551 | 404821.64 | -10402.87 |
| 2/20/2020 | | 9/1/2023 | PRE | NO. OF PLAN PMTS=01 | | | | | | | | 3551 | | |
| 2/20/2020 | | 9/1/2023 | PRE | DUE: 1219.84 SHORT: 0.00 | 1219.84 | | | | | | | 3551 | | |
| 2/14/2020 | 2/14/2020 | 7/1/2019 | SRA | SINGLE ITEM RECEIPT VIA AUTOPOST | 61.98 | | | | | | 61.98 | 93 | 404821.64 | -11622.71 |
| 2/14/2020 | | 7/1/2019 | UF* | UNAPPLIED FUNDS TO 2 | | | | | | | 61.98 | 93 | | |
| 2/14/2020 | 2/14/2020 | 7/1/2019 | AP | AUTOPOST | 5356.74 | 1669.61 | 1820.74 | 1866.39 | | | | 93 | 404821.64 | -11622.71 |
| 2/14/2020 | | 7/1/2019 | AMC | ADJUSTABLE RATE, P&I, SUBSIDY, TERM CHANGES/GPM CHANGES | | | | | | | | 93 | | |
| 2/14/2020 | | 1/1/2020 | POS | NO. OF PLAN PMTS=01 | | | | | | | | 93 | | |
| 2/14/2020 | | 1/1/2020 | POS | DUE: 5418.72 SHORT: 0.00 | 5418.72 | | | | | | | 93 | | |
| 1/22/2020 | 1/21/2020 | 6/1/2019 | SR | SINGLE ITEM RECEIPT | 1219.84 | | | 1219.84 | | | | 3630 | 406491.25 | -13489.1 |
| 1/22/2020 | | 8/1/2023 | PRE | NO. OF PLAN PMTS=01 | | | | | | | | 3630 | | |
| 1/22/2020 | | 8/1/2023 | PRE | DUE: 1219.84 SHORT: 0.00 | 1219.84 | | | | | | | 3630 | | |
| 1/15/2020 | | 6/1/2019 | E91 | EN MASSE ESCROW DISBURSEMENT | -596.36 | | | -596.36 | | | | 32687 | 406491.25 | -14708.94 |
| 1/15/2020 | | 6/1/2019 | E91 | EN MASSE ESCROW DISBURSEMENT | -3593.09 | | | -3593.09 | | | | 32687 | 406491.25 | -14112.58 |
| 1/14/2020 | 1/14/2020 | 6/1/2019 | SRA | SINGLE ITEM RECEIPT VIA AUTOPOST | 61.98 | | | | | | 61.98 | 93 | 406491.25 | -10519.49 |

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1/14/2020 | | 6/1/2019 | UF* | UNAPPLIED FUNDS TO 2 | | | | | | 61.98 | | 93 | | |
| 1/14/2020 | 1/14/2020 | 6/1/2019 | AP | AUTOPOST | 5356.74 | 1662.16 | 1828.19 | 1866.39 | | | 93 | 406491.25 | -10519.49 |
| 1/14/2020 | | 12/1/2019 | POS | NO. OF PLAN PMTS=01 | | | | | | | 93 | | |
| 1/14/2020 | | 12/1/2019 | POS | DUE: 5418.72 SHORT: 0.00 | 5418.72 | | | | | | 93 | | |
| 12/13/2019 | 12/17/2019 | 5/1/2019 | SR | SINGLE ITEM RECEIPT | 1219.84 | | | 1219.84 | | | 3630 | 408153.41 | -12385.88 |
| 12/18/2019 | | 7/1/2023 | PRE | NO. OF PLAN PMTS=01 | | | | | | | 3630 | | |
| 12/18/2019 | | 7/1/2023 | PRE | DUE: 1219.84 SHORT: 0.00 | 1219.84 | | | | | | 3630 | | |
| 12/11/2019 | 12/11/2019 | 5/1/2019 | SRA | SINGLE ITEM RECEIPT VIA AUTOPOST | 61.98 | | | | | 61.98 | 93 | 408153.41 | -13605.72 |
| 12/11/2019 | | 5/1/2019 | UF* | UNAPPLIED FUNDS TO 2 | | | | | | 61.98 | 93 | | |
| 12/11/2019 | 12/11/2019 | 5/1/2019 | AP | AUTOPOST | 5356.74 | 1654.75 | 1835.6 | 1866.39 | | | 93 | 408153.41 | -13605.72 |
| 12/11/2019 | | 11/1/2019 | POS | NO. OF PLAN PMTS=01 | | | | | | | 93 | | |
| 12/11/2019 | | 11/1/2019 | POS | DUE: 5278.44 OVER: -140.28 | 5418.72 | | | | | | 93 | | |
| 12/3/2019 | | 4/1/2019 | E20 | EN MASSE ESCROW DISBURSEMENT | -4651 | | | -4651 | | | 32022 | 409808.16 | -15472.11 |
| 11/19/2019 | 11/16/2019 | 4/1/2019 | SR | SINGLE ITEM RECEIPT | 1219.84 | | | 1219.84 | | | 3630 | 409808.16 | -10821.11 |
| 11/19/2019 | | 6/1/2023 | PRE | NO. OF PLAN PMTS=01 | | | | | | | 3630 | | |
| 11/19/2019 | | 6/1/2023 | PRE | DUE: 1219.84 SHORT: 0.00 | 1219.84 | | | | | | 3630 | | |
| 11/14/2019 | 11/14/2019 | 4/1/2019 | SRA | SINGLE ITEM RECEIPT VIA AUTOPOST | -78.3 | | | | | -78.3 | 93 | 409808.16 | -12040.95 |
| 11/14/2019 | | 4/1/2019 | UF* | UNAPPLIED FUNDS TO 2 | | | | | | -78.3 | 93 | | |
| 11/14/2019 | 11/14/2019 | 4/1/2019 | AP | AUTOPOST | 5356.74 | 1647.37 | 1842.58 | 1866.39 | | | 93 | 409808.16 | -12040.95 |
| 11/14/2019 | | 10/1/2019 | POS | NO. OF PLAN PMTS=01 | | | | | | | 93 | | |
| 11/14/2019 | | 10/1/2019 | POS | DUE: 5278.44 SHORT: 0.00 | 5278.44 | | | | | | 93 | | |
| 11/4/2019 | 11/1/2019 | 3/1/2019 | SRO | REVERSAL | -78.3 | | | | | -78.3 | 3630 | 411455.53 | -13907.34 |
| 11/4/2019 | | 3/1/2019 | UF* | UNAPPLIED FUNDS TO 2 | | | | | | -78.3 | 3630 | | |
| 11/4/2019 | 11/1/2019 | 3/1/2019 | RP | REGULAR PAYMENT | 5356.74 | 1640.03 | 1850.32 | 1866.39 | | | 3630 | 411455.53 | -13907.34 |
| 11/4/2019 | | 9/1/2019 | POS | NO. OF PLAN PMTS=01 | | | | | | | 3630 | | |
| 11/4/2019 | | 9/1/2019 | POS | DUE: 5278.44 SHORT: 0.00 | 5278.44 | | | | | | 3630 | | |
| 10/17/2019 | 10/15/2019 | 2/1/2019 | SR | SINGLE ITEM RECEIPT | 1219.84 | | | 1219.84 | | | 3651 | 413095.56 | -15773.73 |
| 10/17/2019 | | 5/1/2023 | PRE | NO. OF PLAN PMTS=01 | | | | | | | 3651 | | |
| 10/17/2019 | | 5/1/2023 | PRE | DUE: 1219.84 SHORT: 0.00 | 1219.84 | | | | | | 3651 | | |
| 10/10/2019 | | 2/1/2019 | E91 | EN MASSE ESCROW DISBURSEMENT | -609.41 | | | -609.41 | | | 32687 | 413095.56 | -16993.57 |
| 10/10/2019 | | 2/1/2019 | E91 | EN MASSE ESCROW DISBURSEMENT | -4525.04 | | | -4525.04 | | | 32687 | 413095.56 | -16384.16 |
| 10/2/2019 | 10/1/2019 | 2/1/2019 | SRO | REVERSAL | -78.3 | | | | | -78.3 | 3630 | 413095.56 | -11859.12 |
| 10/2/2019 | | 2/1/2019 | UF* | UNAPPLIED FUNDS TO 2 | | | | | | -78.3 | 3630 | | |
| 10/2/2019 | 10/1/2019 | 2/1/2019 | RP | REGULAR PAYMENT | 5356.74 | 1632.71 | 1857.64 | 1866.39 | | | 3630 | 413095.56 | -11859.12 |
| 10/2/2019 | | 2/1/2019 | AMC | ADJUSTABLE RATE, P&I, SUBSIDY, TERM CHANGES/GPM CHANGES | | | | | | | 3630 | | |
| 10/2/2019 | | 8/1/2019 | POS | NO. OF PLAN PMTS=01 | | | | | | | 3630 | | |
| 10/2/2019 | | 8/1/2019 | POS | DUE: 5278.44 SHORT: 0.00 | 5278.44 | | | | | | 3630 | | |
| 9/13/2019 | 9/14/2019 | 1/1/2019 | SR | SINGLE ITEM RECEIPT | 1219.84 | | | 1219.84 | | | 3645 | 414728.27 | -13725.51 |
| 9/17/2019 | | 4/1/2023 | PRE | NO. OF PLAN PMTS=01 | | | | | | | 3645 | | |
| 9/17/2019 | | 4/1/2023 | PRE | DUE: 1219.84 SHORT: 0.00 | 1219.84 | | | | | | 3645 | | |
| 9/5/2019 | 9/4/2019 | 1/1/2019 | SR | SINGLE ITEM RECEIPT | 2.43 | | | | | 2.43 | 3309 | 414728.27 | -14945.35 |
| 9/5/2019 | | 1/1/2019 | UF* | UNAPPLIED FUNDS TO 2 | | | | | | 2.43 | 3309 | | |
| 9/5/2019 | 9/4/2019 | 1/1/2019 | RP | REGULAR PAYMENT | 5276.01 | 1674.61 | 1735.01 | 1866.39 | | | 3309 | 414728.27 | -14945.35 |
| 9/5/2019 | | 1/1/2019 | AMC | ADJUSTABLE RATE, P&I, SUBSIDY, TERM CHANGES/GPM CHANGES | | | | | | | 3309 | | |
| 9/5/2019 | | 7/1/2019 | POS | NO. OF PLAN PMTS=01 | | | | | | | 3309 | | |
| 9/5/2019 | | 7/1/2019 | POS | DUE: 5356.74 SHORT: 78.30 | 5278.44 | | | | | | 3309 | | |
| 8/15/2019 | 8/14/2019 | 12/1/2018 | SR | SINGLE ITEM RECEIPT | 1219.84 | | | 1219.84 | | | 3645 | 416402.88 | -16811.74 |
| 8/15/2019 | | 3/1/2023 | PRE | NO. OF PLAN PMTS=01 | | | | | | | 3645 | | |
| 8/15/2019 | | 3/1/2023 | PRE | DUE: 1219.84 SHORT: 0.00 | 1219.84 | | | | | | 3645 | | |
| 8/6/2019 | 8/3/2019 | 12/1/2018 | SR | SINGLE ITEM RECEIPT | 80.73 | | | | | 80.73 | 3551 | 416402.88 | -18031.58 |
| 8/6/2019 | | 12/1/2018 | UF* | UNAPPLIED FUNDS TO 2 | | | | | | 80.73 | 3551 | | |
| 8/6/2019 | 8/3/2019 | 12/1/2018 | RP | REGULAR PAYMENT | 5276.01 | 1667.66 | 1741.96 | 1866.39 | | | 3551 | 416402.88 | -18031.58 |
| 8/6/2019 | | 6/1/2019 | POS | NO. OF PLAN PMTS=01 | | | | | | | 3551 | | |
| 8/6/2019 | | 6/1/2019 | POS | DUE: 5356.74 SHORT: 0.00 | 5356.74 | | | | | | 3551 | | |
| 7/18/2019 | | 11/1/2018 | E91 | EN MASSE ESCROW DISBURSEMENT | -609.41 | | | -609.41 | | | 32687 | 418070.54 | -19897.97 |
| 7/18/2019 | | 11/1/2018 | E91 | EN MASSE ESCROW DISBURSEMENT | -4525.04 | | | -4525.04 | | | 32687 | 418070.54 | -19288.56 |
| 7/16/2019 | 7/13/2019 | 11/1/2018 | SR | SINGLE ITEM RECEIPT | 1495.3 | | | 1495.3 | | | 3630 | 418070.54 | -14763.52 |
| 7/16/2019 | | 1/1/2023 | PRE | NO. OF PLAN PMTS=01 | | | | | | | 3630 | | |
| 7/16/2019 | | 1/1/2023 | PRE | DUE: 2439.68 SHORT: 944.38 | 1495.3 | | | | | | 3630 | | |
| 7/15/2019 | | 11/1/2018 | E20 | EN MASSE ESCROW DISBURSEMENT | -3818 | | | -3818 | | | 32022 | 418070.54 | -16258.82 |
| 7/1/2019 | 6/28/2019 | 11/1/2018 | SR | SINGLE ITEM RECEIPT | 80.73 | | | | | 80.73 | 3630 | 418070.54 | -12440.82 |
| 7/1/2019 | | 11/1/2018 | UF* | UNAPPLIED FUNDS TO 2 | | | | | | 80.73 | 3630 | | |
| 7/1/2019 | 6/28/2019 | 11/1/2018 | RP | REGULAR PAYMENT | 5276.01 | 1660.74 | 1748.88 | 1866.39 | | | 3630 | 418070.54 | -12440.82 |

| Date | Date2 | Date3 | Code | Description | | Amt1 | Amt2 | Amt3 | Amt4 | Amt5 | Amt6 | Amt7 | Num | Bal1 | Bal2 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 7/1/2019 | | 5/1/2019 | POS | NO. OF PLAN PMTS=01 | | | | | | | | | | 3630 | |
| 7/1/2019 | | 5/1/2019 | POS | DUE: 5356.74 SHORT: 0.00 | | 5356.74 | | | | | | | | 3630 | |
| 6/19/2019 | 6/15/2019 | 10/1/2018 | SR | SINGLE ITEM RECEIPT | | 1911 | | | 1911 | | | | | 3309 | 419731.28 | -14307.21 |
| 6/19/2019 | | 12/1/2022 | PRE | NO. OF PLAN PMTS=01 | | | | | | | | | | 3309 | |
| 6/19/2019 | | 12/1/2022 | PRE | DUE: 1219.84 OVER: -691.16 | | 1911 | | | | | | | | 3309 | |
| 6/17/2019 | | 10/1/2018 | FB | FEES BILLED | EXPENSE ADVANCES | | | | | 125 | | | | 32551 | |
| 5/29/2019 | 5/25/2019 | 10/1/2018 | SR | SINGLE ITEM RECEIPT | | 80.73 | | | | | | 80.73 | | 3630 | 419731.28 | -16218.21 |
| 5/29/2019 | | 10/1/2018 | UF* | UNAPPLIED FUNDS TO 2 | | | | | | | | 80.73 | | 3630 | |
| 5/29/2019 | 5/25/2019 | 10/1/2018 | RP | REGULAR PAYMENT | | 5276.01 | 1653.85 | 1755.77 | 1866.39 | | | | | 3630 | 419731.28 | -16218.21 |
| 5/29/2019 | | 4/1/2019 | POS | NO. OF PLAN PMTS=01 | | | | | | | | | | 3630 | |
| 5/29/2019 | | 4/1/2019 | POS | DUE: 5356.74 SHORT: 0.00 | | 5356.74 | | | | | | | | 3630 | |
| 5/14/2019 | 5/11/2019 | 3/1/2018 | SR | SINGLE ITEM RECEIPT | | 1911 | | | 1911 | | | | | 3309 | 421385.13 | -18084.6 |
| 5/14/2019 | | 10/1/2022 | PRE | NO. OF PLAN PMTS=02 | | | | | | | | | | 3309 | |
| 5/14/2019 | | 10/1/2022 | PRE | DUE: 2439.68 SHORT: 528.68 | | 1911 | | | | | | | | 3309 | |
| 5/10/2019 | 4/30/2019 | 9/1/2014 | E20 | EN MASSE ESCROW DISBURSEMENT | | -4024 | | | -4024 | | | | | 32022 | 421385.13 | -19995.6 |
| 5/1/2019 | 4/30/2019 | 9/1/2018 | SR | SINGLE ITEM RECEIPT | | 80.73 | | | | | | 80.73 | | 3551 | 421385.13 | -15971.6 |
| 5/1/2019 | | 9/1/2018 | UF* | UNAPPLIED FUNDS TO 2 | | | | | | | | 80.73 | | 3551 | |
| 5/1/2019 | 4/30/2019 | 9/1/2018 | RP | REGULAR PAYMENT | | 5276.01 | 1646.99 | 1762.63 | 1866.39 | | | | | 3551 | 421385.13 | -15971.6 |
| 5/1/2019 | | 3/1/2019 | POS | NO. OF PLAN PMTS=01 | | | | | | | | | | 3551 | |
| 5/1/2019 | | 3/1/2019 | POS | DUE: 5356.74 SHORT: 0.00 | | 5356.74 | | | | | | | | 3551 | |
| 4/29/2019 | | 8/1/2018 | M91 | MANUAL DISBURSEMENT FOR ESCROW | | -4357.09 | | | -4357.09 | | | | | 3311 | 423032.12 | -17837.99 |
| 4/17/2019 | 4/13/2018 | 8/1/2018 | SR | SINGLE ITEM RECEIPT | | 1911 | | | 1911 | | | | | 3309 | 423032.12 | -13480.9 |
| 4/17/2019 | | 9/1/2022 | PRE | NO. OF PLAN PMTS=01 | | | | | | | | | | 3309 | |
| 4/17/2019 | | 9/1/2022 | PRE | DUE: 1219.84 OVER: -691.16 | | 1911 | | | | | | | | 3309 | |
| 4/15/2019 | | 8/1/2018 | E91 | EN MASSE ESCROW DISBURSEMENT | | -581.91 | | | -581.91 | | | | | 32687 | 423032.12 | -15391.9 |
| 4/15/2019 | | 8/1/2018 | E91 | EN MASSE ESCROW DISBURSEMENT | | -4357.09 | | | -4357.09 | | | | | 32687 | 423032.12 | -14809.99 |
| 4/2/2019 | 3/30/2019 | 8/1/2018 | RP | REGULAR PAYMENT | | 5276.01 | 1640.15 | 1769.47 | 1866.39 | | | | | 3309 | 423032.12 | -10452.9 |
| 4/2/2019 | | 8/1/2018 | AMC | ADJUSTABLE RATE, P&I, SUBSIDY, TERM CHANGES/GPM CHANGES | | | | | | | | | | 3309 | |
| 4/2/2019 | | 2/1/2019 | POS | NO. OF PLAN PMTS=01 | | | | | | | | | | 3309 | |
| 4/2/2019 | | 2/1/2019 | POS | DUE: 5356.74 SHORT: 80.73 | | 5276.01 | | | | | | | | 3309 | |
| 3/26/2019 | 3/14/2019 | 7/1/2018 | SR | SINGLE ITEM RECEIPT | | 3126.8 | | | | | | 3126.8 | | 3309 | 424672.27 | -12319.29 |
| 3/26/2019 | | 7/1/2018 | UF* | UNAPPLIED FUNDS TO 2 | | | | | | | | 3126.8 | | 3309 | |
| 3/26/2019 | 3/14/2019 | 7/1/2018 | SR | SINGLE ITEM RECEIPT | | 7276.07 | | | 7276.07 | | | | | 3309 | 424672.27 | -12319.29 |
| 3/26/2019 | 3/14/2019 | 7/1/2018 | RP | REGULAR PAYMENT | | 5086.38 | 1754.15 | 1465.84 | 1866.39 | | | | | 3309 | 424672.27 | -19595.36 |
| 3/26/2019 | | 7/1/2018 | AMC | ADJUSTABLE RATE, P&I, SUBSIDY, TERM CHANGES/GPM CHANGES | | | | | | | | | | 3309 | |
| 3/26/2019 | 3/14/2019 | 6/1/2018 | RP | REGULAR PAYMENT | | 5086.38 | 1748.14 | 1471.85 | 1866.39 | | | | | 3309 | 426426.42 | -21461.75 |
| 3/26/2019 | 3/14/2019 | 5/1/2018 | RP | REGULAR PAYMENT | | 5086.38 | 1742.15 | 1477.84 | 1866.39 | | | | | 3309 | 428174.56 | -23328.14 |
| 3/26/2019 | | 12/1/2020 | PRE | NO. OF PLAN PMTS=21 | | | | | | | | | | 3309 | |
| 3/26/2019 | | 12/1/2020 | PRE | DUE: 25616.64 OVER: -45.37 | | 25662.01 | | | | | | | | 3309 | |
| 3/26/2019 | 3/14/2019 | 4/1/2018 | SR | SINGLE ITEM RECEIPT | | 543.15 | | | | | | 543.15 | | 3309 | 429916.71 | -25194.53 |
| 3/26/2019 | | 4/1/2018 | UF* | UNAPPLIED FUNDS TO 2 | | | | | | | | 543.15 | | 3309 | |
| 3/26/2019 | 3/14/2019 | 4/1/2018 | RP | REGULAR PAYMENT | | 5086.38 | 1736.18 | 1483.81 | 1866.39 | | | | | 3309 | 429916.71 | -25194.53 |
| 3/26/2019 | 3/14/2019 | 3/1/2018 | RP | REGULAR PAYMENT | | 5086.38 | 1730.24 | 1489.75 | 1866.39 | | | | | 3309 | 431652.89 | -27060.92 |
| 3/26/2019 | 3/14/2019 | 2/1/2018 | RP | REGULAR PAYMENT | | 5086.38 | 1724.31 | 1495.68 | 1866.39 | | | | | 3309 | 433383.13 | -28927.31 |
| 3/26/2019 | | 2/1/2018 | AMC | ADJUSTABLE RATE, P&I, SUBSIDY, TERM CHANGES/GPM CHANGES | | | | | | | | | | 3309 | |
| 3/26/2019 | 3/14/2019 | 1/1/2018 | RP | REGULAR PAYMENT | | 5031.73 | 1754.69 | 1410.7 | 1866.39 | | | | | 3309 | 435107.44 | -30793.7 |
| 3/26/2019 | | 1/1/2018 | AMC | ADJUSTABLE RATE, P&I, SUBSIDY, TERM CHANGES/GPM CHANGES | | | | | | | | | | 3309 | |
| 3/26/2019 | 3/14/2019 | 12/1/2017 | RP | REGULAR PAYMENT | | 4827.94 | 1749.04 | 1416.35 | 1662.55 | | | | | 3309 | 436862.13 | -32660.09 |
| 3/26/2019 | | 3/1/2019 | PRE | NO. OF PLAN PMTS=21 | | | | | | | | | | 3309 | |
| 3/26/2019 | | 3/1/2019 | PRE | DUE: 25616.64 OVER: -45.37 | | 25662.01 | | | | | | | | 3309 | |
| 3/4/2019 | 3/1/2019 | 11/1/2017 | SR | SINGLE ITEM RECEIPT | | 448.07 | | | | | | 448.07 | | 3551 | 438611.17 | -34322.64 |
| 3/4/2019 | | 11/1/2017 | UF* | UNAPPLIED FUNDS TO 2 | | | | | | | | 448.07 | | 3551 | |
| 3/4/2019 | 3/1/2019 | 11/1/2017 | RP | REGULAR PAYMENT | | 4827.94 | 1743.41 | 1421.98 | 1662.55 | | | | | 3551 | 438611.17 | -34322.64 |
| 3/4/2019 | | 1/1/2019 | POS | NO. OF PLAN PMTS=01 | | | | | | | | | | 3551 | |
| 3/4/2019 | | 1/1/2019 | POS | DUE: 5276.01 SHORT: 0.00 | | 5276.01 | | | | | | | | 3551 | |
| 2/19/2019 | | 10/1/2017 | FB | FEES BILLED | EXPENSE ADVANCES | | | | | 352.5 | | | | 33551 | |
| 2/13/2019 | 2/1/2019 | 10/1/2017 | SR | SINGLE ITEM RECEIPT | | 448.07 | | | | | | 448.07 | | 3309 | 440354.58 | -35985.19 |
| 2/13/2019 | | 10/1/2017 | UF* | UNAPPLIED FUNDS TO 2 | | | | | | | | 448.07 | | 3309 | |
| 2/13/2019 | 2/1/2019 | 10/1/2017 | RP | REGULAR PAYMENT | | 4827.94 | 1737.8 | 1427.59 | 1662.55 | | | | | 3309 | 440354.58 | -35985.19 |
| 2/13/2019 | | 12/1/2018 | POS | NO. OF PLAN PMTS=01 | | | | | | | | | | 3309 | |
| 2/13/2019 | | 12/1/2018 | POS | DUE: 5276.01 SHORT: 0.00 | | 5276.01 | | | | | | | | 3309 | |
| 1/17/2019 | | 9/1/2017 | E91 | EN MASSE ESCROW DISBURSEMENT | | -581.91 | | | -581.91 | | | | | 32687 | 442092.38 | -37647.74 |

# EXHIBIT E

**BSI ESCROW BALANCE SUMMARY - 7/1/2015 THROUGH 10/30/2020**

OWEN  AND ELLEN MCKENNA

BSI ACCOUNT # 7261

| | | |
|---|---|---|
| A. | -22,028.66 | ESCROW BALANCE AS OF 6/9/2015 (AS PER AMENDED PROOF OF CLAIM FILED 10/19/2015) |
| B. | 29,142.64 | ESCROW ACCOUNTS RECEIVABLE OF PREPETITION CURE AMOUNT (PCR) - PAID IN FULL 7/7/2020 (AS PER TRUSTEE) |
| C. | 7,113.98 | ESCROW BALANCE AS OF 7/1/2015 (INCLUDING PCR ACCOUNTS RECEIVABLE AS CREDIT) |
| D. | 117,710.05 | 64 MONTHS OF ESCROW PAYMENTS (7/1/2015 THROUGH 10/30/2020) |
| E. | -112,210.37 | FAY SERVICING/BSI TAX PAYMENTS 7/1/2015 - 10/30/2020: FISCAL YRS 2016 THROUGH 2020; 1Q2021  & 2Q2021 |
| F. | -21,851.88 | BSI INSURANCE PAYMENTS 10/4/2017 THROUGH 10/30/2020 |
| G. | -9,238.22 | ESCROW BALANCE AS OF 10/30/2020 |

# EXHIBIT F

# BSI - RESPONSE TO NOTICE OF FINAL CURE PAYMENT

## "FEES AND EXPENSES"

**OWEN  AND ELLEN MCKENNA**
**BSI ACCOUNT #**      7261

### "EXPENSE ADVANCES"

| "DATE POSTED" | "PAID TO DATE" | AMOUNT |
|---|---|---|
| 10/1/20 | 9/1/2020 | 164.00 |
| 6/12/19 | 10/1/18 | 125.00 |
| 2/19/19 | 10/1/17 | 352.50 |
| 10/29/18 | 7/1/17 | 352.50 |
| 10/25/18 | 7/1/17 | 75.00 |
| 10/1/18 | 6/1/17 | 117.50 |
| 8/31/18 | 5/1/17 | 376.00 |
| 7/4/18 | 3/1/17 | 94.00 |
| 5/9/18 | 1/1/17 | 47.00 |
| 5/9/18 | 1/1/17 | 273.00 |
| 2/21/18 | 10/1/16 | 78.00 |
| | | **2,054.50** |

Fay Servicing

### "BANKRUPTCY  FEES"

| "DATE POSTED" | "PAID TO DATE" | AMOUNT |
|---|---|---|
| 8/23/2017 | 3/1/16 | **1,575.00** |

|  | **TOTAL** | 1,575.00 |
|---|---|---|
| | | 2,054.50 |
| | | 3,629.50 |