UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| In Re: | ) | Chapter 13 |
| OWEN R. MCKENNA | ) | Case No. 14-15109-JEB |
| ELLEN L. MCKENNA | ) | |
|    Debtors | ) | |

-----------------------------------

AMENDED RESPONSE OF DEBTORS TO NOTICE OF MORTGAGE PAYMENT CHANGE – OFFICIAL FORM 410S1 FILED BY US BANK TRUST N.A. ON NOVEMBER 10, 2020

To the Honorable Janet E. Bostwick, Bankruptcy Judge:

On November 10, 2020, U.S. Bank National Association (the "Lender") filed Official Form 410S1, Notice of Mortgage Payment Change (hereinafter the "NPC"). A copy of the NPC is annexed hereto as Exhibit A. The Debtors submit the following amended response[1]:

*1. Starting Balance (AEDS, page 1)*

The Lender shows a starting balance of -$15,738.18 on page 1 of the Annual Escrow Disclosure Statement (AEDS) of the NPC for the period 12/01/20 to 11/30/21. This is the same amount shown in Part 3b of Form 4100R of the Lender's Response to Notice of Final Cure Payment.

The Debtors dispute this amount and believe the correct amount is -$11,607.66.

This amount differs from the post-petition balance due of -$8,172.33 as per Paragraph 26/Part C of the Motion of Debtors (MOD) filed on 11/12/20 because the AEDS uses a different cutoff date (November, 2020) then we used in the MOD (October, 2020).

By using November, 2020 as the cutoff date, the AEDS includes the escrow payment receipt of $2,006.67 for the month of 11/20 (month #65 post-petition) and the Lender's insurance payment of $5,442.00 for the entire policy year of 11/20 to 11/21. The net result of these two entries is an additional balance due deficit of -$3,435.33 and a total starting balance of -$11,607.66 as shown.

*2. Anticipated Payments From Escrow 12/01/20 to 11/30/21 (AEDS, page 1)*

The Debtors dispute this amount of $23,377.89.

---

[1] The initial response was filed on November 16, 2020.

The correct amount should be $22,104.89.

The difference between these amounts is $1,273.00 because the correct estimated amount of the homeowners insurance for 11/21 is $4,169 and not $5,442 as shown by the Lender.

### 3. *Monthly Payment To Escrow (AEDS, page 1)*

The Debtors dispute this amount of $1,948.15 which is one-twelfth of the disputed amount in Part 2.

The correct amount should be $1,842.07 which is one-twelfth of the correct amount in Part 2.

### 4. *Escrow Cushion ("L2" amount shown on AEDS, page 1)*

The Debtors dispute the Escrow Cushion amount of $3,896.30 which is one-sixth of the disputed amount in Part 2.

The correct amount should be $3,684.15 which is one-sixth of the correct amount in Part 2.

### 5. *Escrow Balance Shortage (AEDS, page 1)*

The Debtors dispute the Escrow Balance Shortage amount of $19,634.57.

The correct amount should be $15,291.81.

The above amount is the sum of the correct Starting Balance (Part 1) and the correct Escrow Cushion (Part 4).

### 6. *Shortage Payment (AEDS, page 2)*

The Debtors dispute the amount of $1,636.21 which is one-twelfth of the incorrect amount in Part 5.

The correct amount should be $1,274.32 which is one-twelfth of the correct amount in Part 5.

### 7. *New Escrow Payment (NPC, page 1)*

The Lender's New Escrow Payment amount is shown incorrectly on this page as $1,636.21. The Debtors believe the amount should be shown by the Lender as $3,584.36 which the Debtors dispute.

The correct amount is $3,116.39 and is the sum of the correct Monthly Payment To Escrow (Part 3) and the correct Shortage Payment (Part 6).

### 8. *Principle and Interest (AEDS, page 1)*

The Debtors do not dispute the amount of $3,101.36 which is correct as shown.

9. *New Payment Effective 12/1/2020 (AEDS, page 2)*

The Debtors dispute the amount shown of $6,685.72.

<u>The correct amount should be $6,217.75 which is the sum of the correct New Escrow Payment (Part 7) and the Principle and Interest (Part 8).</u>

                                        Owen R. McKenna
                                        Ellen L. McKenna
                                        By their Counsel,

Dated: November 25, 2020                /s/Gary W. Cruickshank, Esq.
                                                          21 Custom House Street
                                                           Suite 920
                                                          Boston, MA 02110
                                                          (617) 330-1960
                                                          (BBO107600)
                                                          gwc@cruickshank-law.com

CERTIFICATE OF SERVICE

I, Gary W. Cruickshank, hereby certify that on November 25, 2020, I electronically filed with the Clerk of the Bankruptcy Court, the foregoing Amended Response and served same in the following manner upon the interested parties:

Email service: via the Court's CM/ECF system which sent notification of such filing to the following:

- **Richard Askenase**   askenaselaw@aol.com
- **Stephanie E. Babin**   SBabin@DHNewEngland.com, sbabinecf@gmail.com,Bankruptcy@DHNewEngland.com
- **Carolyn Bankowski-13-12**   13trustee@ch13boston.com
- **Derek A. Castello**   bankruptcy@dhnewengland.com, dcastello@dhnewengland.com
- **Richard C. Demerle**   RDemerle@DHNewEngland.com, bankruptcy@DHNewEngland.com
- **John Fitzgerald**   USTPRegion01.BO.ECF@USDOJ.GOV
- **Marcus Pratt**   bankruptcy@KORDEASSOC.COM
- **James Southard**   bankruptcy@orlansmoran.com, ANHSOM@4stechnologies.com
- **Michael E Swain**   mswain@dhnewengland.com, bankruptcy@dhnewengland.com
- **Tatyana P. Tabachnik**   bankruptcyNE@orlans.com, ttabachnik@orlans.com;ANHSOM@4stechnologies.com
- **Robert F. Tenney**   rtenney@cmlaw.net
- **David Yunghans**   dyunghans@masatlaw.com

And by regular United States mail, postage prepaid upon the following:

**Dean R. Prober**
Prober & Raphael, A Law Corporation
20750 Ventura Boulevad
Suite 100
Woodland Hills, CA 91364

**Recovery Management Systems Corporation**
25 S.E. 2nd Avenue, Suite 1120
Miami, FL 33131

D. Anthony Sottile, Authorized Agent for Creditor
Sottile & Barile, LLC
394 Wards Corner Road, Suite 180
Loveland OH 45140
And via electronic mail
bankruptcy@sottileandbarile.com

/s/ Gary W. Cruickshank