UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| In re:<br><br>OWEN R. MCKENNA and<br>ELLEN L. MCKENNA,<br><br>　　　　Debtors. | Chapter 13<br>Case No. 14-15109-JEB |

**MOTION TO SUBSTITUTE COUNSEL AND REQUEST FOR SERVICE IN ACCORDANCE WITH BANKRUPTCY RULE 2002**

Now Comes Derek A. Castello, Esq., on behalf of U.S. Bank Trust, NA, as Trustee of the Igloo Series III Trust, as serviced by BSI Financial Services **("U.S. Bank Trust")**, and respectfully requests that he be substituted for Attorney Stephanie Babin as counsel for record for U.S. Bank Trust.

Additionally, Derek A. Castello, Esq. requests that he be placed on the service list and that all copies of all orders, pleadings, notices and all other documents, including notice of any abandonment of property, that are filed with this Court or with the Office of the United States Trustee and served on parties in interest be duly served on the undersigned at the address set forth in accordance with Fed. R. Bankr. P. 2002.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　/s/ *Derek A. Castello*
　　　　　　　　　　　　　　　　　　Derek A. Castello, Esq. (BBO#690007)
　　　　　　　　　　　　　　　　　　Demerle Hoeger LLP
　　　　　　　　　　　　　　　　　　10 City Square, 4th Floor
　　　　　　　　　　　　　　　　　　Boston, MA 02129
　　　　　　　　　　　　　　　　　　(617) 337-4444
　　　　　　　　　　　　　　　　　　Bankruptcy@DHNewEngland.com

DATE: November 30, 2020

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| In re: OWEN R. MCKENNA and ELLEN L. MCKENNA, Debtors. | Chapter 13 Case No. 14-15109-JEB |

### **CERTIFICATE OF SERVICE**

I, Derek A. Castello, Esq. of the law firm of Demerle Hoeger LLP, hereby certify that I have this 16th day of October, 2020 served on behalf of U.S. Bank Trust, NA, as Trustee of the Igloo Series III Trust, as serviced by BSI Financial Services, a Motion to Substitute Counsel and Request for Service in Accordance with Bankruptcy Rule 2002 and this Certificate of Service by causing copies hereof to be sent by electronic mail via the electronic court filing system (ECF) and by first-class U.S. mail (M) to all parties not appearing electronically but entitled to service per the Federal Rules of Bankruptcy Procedure.

| Owen McKenna and Ellen McKenna<br>104 River St.<br>Norwell, MA 02061 (M) | Gary W. Cruickshank<br>Law Office of Gary W. Cruickshank<br>21 Custom House Street Suite 920<br>Boston, MA 02110 (ECF) |
|---|---|
| John Fitzgerald<br>5 Post Office Sq., 10th Fl, Suite 1000<br>Boston, MA 02109 (M) | Carolyn Bankowski-13-12<br>Chapter 13-12 Trustee Boston<br>P. O. Box 8250<br>Boston, MA 02114 (ECF) |

*/s/ Derek A. Castello*
Derek A. Castello, Esq.