UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| In re:<br><br>OWEN MCKENNA<br>ELLEN MCKENNA,<br><br>    Debtors. | Chapter 13<br>Case No. 14-15109-JEB |
|---|---|

**ASSENTED MOTION TO CONTINUE HEARING AND EXTEND OBJECTION DEADLINE REGARDING MOTION TO DETERMINE FINAL CURE**

NOW COMES U.S. Bank Trust, NA, as Trustee of the Igloo Series III Trust, as serviced by BSI Financial Services ("**U.S. Bank Trust**"), with assent of counsel for the Debtors, and respectfully requests that this Court continue the telephonic hearing on the Debtors' Motion to Determine Final Cure (Doc. No. 312) to December 18, 2020 at 10:30 a.m. and extend the objection deadline for said motion to December 15, 2020. In support thereof, U.S. Bank Trust states that the parties have been in communication and have exchanged documentation regarding the Debtors' dispute as to the post-petition payments and escrow deficiency balance asserted as due and owing in U.S. Bank's response to notice of final cure filed October 20, 2020. The parties have made progress towards an amicable resolution and believe that with a short extension of time that they may be able to resolve this matter without further intervention from the Court.

WHEREFORE, U.S. Bank Trust requests that this Court enter an Order:

1. Continuing the hearing on Debtors' Motion to Determine Final Cure (Doc. No. 312) to December 18, 2020 at 10:30a.m.;

2. Extend the objection for U.S. Bank Trust to object to the Debtors' Motion to Determine Final Cure to December 15, 2020 at 4:30p.m.; and

3. Grant any other such relief as the court deems just and proper.

    Respectfully submitted,

    U.S. BANK TRUST, NA, AS TRUSTEE OF THE IGLOO SERIES III TRUST AS SERVICED BY BSI FINANCIAL SERVICES

    By its attorneys,

    */s/ Derek A. Castello*
    Richard C. Demerle, Esq. (BBO#652242)
    Derek A. Castello, Esq. (BBO#690007)
    Demerle Hoeger LLP
    10 City Square
    Boston, MA 02129
    (617) 937-7834
    DCastello@DHNewEngland.com

Dated: December 8, 2020

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| In re:<br><br>OWEN MCKENNA<br>ELLEN MCKENNA,<br><br>Debtor(s). | Chapter 13<br>Case No. 14-15109-JEB |
|---|---|

### CERTIFICATE OF SERVICE

I, Derek A. Castello, Esq. of the law firm of Demerle Hoeger LLP, hereby certify that I have this 8th day of December, 2020 served on behalf of U.S. Bank Trust, NA, as Trustee of the Igloo Series III Trust, as serviced by BSI Financial Services, an <u>Assented Motion to Continue Hearing and Extend Objection Deadline</u> and this <u>Certificate of Service</u> by causing copies hereof to be sent to all parties entitled to service per the Federal Rules of Bankruptcy Procedure by electronic mail via the Case Management / Electronic Case Files (ECF) system and by first-class U.S. mail (M) to all parties not appearing electronically.

| Owen McKenna and Ellen McKenna<br>104 River St.<br>Norwell, MA 02061 (M) | Gary W. Cruickshank<br>Law Office of Gary W. Cruickshank<br>21 Custom House Street Suite 920<br>Boston, MA 02110 (ECF) |
|---|---|
| John Fitzgerald<br>5 Post Office Sq., 10th Fl, Suite 1000<br>Boston, MA 02109 (M) | Carolyn Bankowski-13-12<br>Chapter 13-12 Trustee Boston<br>P. O. Box 8250<br>Boston, MA 02114 (ECF) |

*/s/ Derek A. Castello*
Derek A. Castello, Esq.