UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| In Re: | ) | Chapter 13 |
| OWEN R. MCKENNA | ) | Case No. 14-15109-JEB |
| ELLEN L. MCKENNA | ) | |
|     Debtors | ) | |

------------------------------------

### RESPONSE OF MR. AND MRS. MCKENNA TO DOCUMENT 331

To the Honorable Janet E. Bostwick, Bankruptcy Judge:

The above captioned Debtors submit the following relative to the Response by U.S. Bank Trust to Debtors Motion to Determine Final Cure – document 331 (the "U.S. Bank Response"). The U.S. Bank Response was filed on December 15, 2020.

1. Admit that communication has been ongoing.

2. The Debtors are hopeful for an amicable resolution.

3. (a) Denied – The November 2020 payment in the amount of $5,108.03 was made on November 4, 2020 as indicated on page 6 of document 331, which payment U.S. Trust Bank has applied incorrectly.

    (b) A payment of $6,341.52 was made by telephone today for the December 2020 payment. This figure is the amount the Debtors assert is the correct amount due for December 2020.

    (c) U.S. Trust Bank has not included a credit of $1,184.74 in its suspense account for the payment posted on 2/7/2018.

4.    (a) Denied.

    (b) Denied.

    (c) Denied.

5. Denied.

WHEREFORE, the Debtors request the Court hold the hearing on December 18, 2020 at 11:00 A.M. as scheduled.

          Owen R. McKenna
          Ellen L. McKenna
          By their Counsel,

Dated: December 16, 2020        /s/Gary W. Cruickshank, Esq.
          21 Custom House Street
          Suite 920
          Boston, MA 02110
          (617) 330-1960
          (BBO107600)
          gwc@cruickshank-law.com

CERTIFICATE OF SERVICE

I, Gary W. Cruickshank, hereby certify that on December 16, 2020, I electronically filed with the Clerk of the Bankruptcy Court, the foregoing Response and served same in the following manner upon the interested parties:

Email service: via the Court's CM/ECF system which sent notification of such filing to the following:

- **Richard Askenase**    askenaselaw@aol.com
- **Stephanie E. Babin**    sbabinecf@gmail.com
- **Carolyn Bankowski-13-12**    13trustee@ch13boston.com
- **Derek A. Castello**    bankruptcy@dhnewengland.com, dcastello@dhnewengland.com
- **Richard C. Demerle**    RDemerle@DHNewEngland.com, bankruptcy@DHNewEngland.com
- **John Fitzgerald**    USTPRegion01.BO.ECF@USDOJ.GOV
- **Marcus Pratt**    bankruptcy@KORDEASSOC.COM
- **James Southard**    bankruptcy@orlansmoran.com, ANHSOM@4stechnologies.com
- **Michael E Swain**    mswain@dhnewengland.com, bankruptcy@dhnewengland.com
- **Tatyana P. Tabachnik**    bankruptcyNE@orlans.com, ttabachnik@orlans.com;ANHSOM@4stechnologies.com
- **Robert F. Tenney**    rtenney@cmlaw.net
- **David Yunghans**    dyunghans@masatlaw.com

And by regular United States mail, postage prepaid upon the following:

**Dean R. Prober**
Prober & Raphael, A Law Corporation
20750 Ventura Boulevad
Suite 100
Woodland Hills, CA 91364

**Recovery Management Systems Corporation**
25 S.E. 2nd Avenue, Suite 1120
Miami, FL 33131

D. Anthony Sottile, Authorized Agent for Creditor
Sottile & Barile, LLC
394 Wards Corner Road, Suite 180
Loveland OH 45140
And via electronic mail
bankruptcy@sottileandbarile.com

/s/ Gary W. Cruickshank