UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In Re: ) | Chapter 13 |
| OWEN R. MCKENNA ) | Case No. 14-15109-JEB |
| ELLEN L. MCKENNA ) | |
|    Debtors ) | |

------------------------------------

## STIPULATION

It is hereby agreed by and between Owen R. and Ellen L. McKenna (the "**McKenna's**") and U.S. Bank Trust, NA, as Trustee of the Igloo Series III Trust, as serviced by BSI Financial Services, its investors, successors, predecessors and assigns ("**U.S. Bank Trust**"), as follows:

1. U.S. Bank Trust holds a first mortgage on the residence of the McKenna's located at 104 River Street, Norwell, Massachusetts.

2. The total escrow account shortage post-petition arrearage as of July 14, 2021 is **$16,762.55** (the "**Arrearage**").

3. The McKenna's shall pay $12,631.96 of the Arrearage within fifteen (15) days of the date of the approval of this Stipulation by the Court. The payment will be made by the McKennas via certified funds to BSI in care of an identified agent or employee of BSI who is authorized to verify receipt and correctly apply the payment to the McKenna's escrow account balance.

4. U.S. Bank Trust and the McKenna's agree that $3,130.59 of the Arrearage will be added as a deferred amount on the mortgage loan and paid by the maturity date of the loan, which is March 1, 2033, as a balloon payment (the "**Balloon Payment**"). U.S. Bank Trust shall deduct this amount from the Arrearage and add this amount as an

adjustment to the mortgage loan within (15) days of the date of the approval of this Stipulation by the Court.

5. U.S. Bank Trust agrees that $1,000.00 of the Arrearage shall be waived by U.S. Bank Trust and deducted from the Arrearage within (15) days of the date of the approval of this Stipulation by the Court (the "**Waived Balance**").

6. U.S. Bank Trust hereby agrees that, by this Stipulation, U.S. Bank Trust will provide the McKenna's written documentation within thirty (30) days of the date of the approval of this Stipulation by the Court that the AEADS has been revised to indicate the McKenna's have paid in full the Arrearage including the accounting of the Balloon Payment and Waived Balance as set forth in paragraphs 4 and 5 above.

7. U.S. Bank Trust agrees that, subject to compliance with the provisions of this Stipulation, the McKenna's will be current with all post-petition payments consistent with 11 USC §1322(b)(5), including all fees, charges, expenses, escrow and costs including the mortgage payment due on July 1, 2021[1].

8. Subject to compliance with the provision of this Stipulation, U.S. Bank Trust consents to the entry of the discharge of the McKenna's by this Court and the McKenna's withdraw their motion for order to determine final pursuant to 3002.1 Doc. No. 312 and Response to Notice of Mortgage Payment Change Doc. No. 315.

9. U.S. Bank Trust and the McKenna's agree that upon approval of this Stipulation by the Court, the following evidentiary hearings scheduled for August 25, 2021 may be cancelled:

    A. Notice of Mortgage Payment Change Re: Proof of Claim #9;

---

[1] Submitted via phone payment to BSI Customer Service by the McKenna's on July 2, 2021 and posted on that date with the confirmation number 14611 07261 0023.

    B. Document 312-Motion to Determine Final Cure and Payment re: Rule 3002.1 filed by the McKenna's;

10. U.S. Bank Trust agrees that the present outstanding principal balance on the mortgage loan as of July 14, 2021 is $360,171.14.

U.S. Bank Trust, NA, as Trustee of the Igloo Series III Trust, as serviced by BSI Financial Services,
By its Attorneys,

Dated: 07-28-2021

By: _____
Derek A. Castello, Esq. (BBO#690007)

Dated: _____

_____
Owen R. McKenna

Dated: _____

_____
Ellen L. McKenna

B. Document 312-Motion to Determine Final Cure and Payment re: Rule 3002.1 filed by the McKenna's;

10. U.S. Bank Trust agrees that the present outstanding principal balance on the mortgage loan as of July 14, 2021 is $360,171.14.

U.S. Bank Trust, NA, as Trustee of the Igloo Series III Trust, as serviced by BSI Financial Services,
By its Attorneys,

Dated: 07-28-2021

By: _____
Derek A. Castello, Esq. (BBO#690007)

Dated: 7/29/21

_____
Owen R. McKenna

Dated: 7/29/21

_____
Ellen L. McKenna