UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| In re: OWEN MCKENNA ELLEN MCKENNA, Debtors. | Chapter 13 Case No. 14-15109-JEB |
|---|---|

**MOTION TO EXTEND TIME TO COMPLY WITH ORDER APPROVING**

**STIPULATION (DOC. NO. 399)**

NOW COMES U.S. Bank Trust, NA, as Trustee of the Igloo Series III Trust, as serviced by BSI Financial Services ("**U.S. Bank Trust**"), and respectfully requests this Court extend the deadline for U.S. Bank Trust to comply with this Court's Order at Doc No. 399. As grounds thereto, U.S. Bank Trust states the following:

1. On July 30, 2021 U.S. Bank Trust and the Debtors filed a stipulation (the "**Stipulation**") to resolve the then pending disputed motion to determine final cure and objection to notice of mortgage payment change. Doc No. 393.

2. Paragraph 6 of the Stipulation requires U.S. Bank Trust to provide an escrow analysis disclosure statement to the Debtors within 30 days of this Court's approval of the Stipulation. Id.

3. This Court approved the Stipulation and entered it as an order of the Court on September 23, 2021. Doc. No. 399.

4. Thus, the aforementioned 30 day deadline for U.S. Bank Trust to provide an escrow analysis disclosure statement to the Debtors is Saturday, October 23, 2021.

5. As of the filing of this Motion, the escrow analysis statement has not yet been provided to Debtors. Undersigned counsel has been in contact with BSI Financial Services, the servicing agent on behalf of U.S. Bank Trust and counsel for the Debtors regarding this matter.

6. U.S. Bank Trust respectfully requests that this Court allow a brief extension to U.S. Bank Trust to allow it to finalize and provide the escrow analysis statement to Debtors' counsel pursuant to the terms of the Stipulation and this Court's Order at Doc. No. 399.

WHEREFORE, U.S. Bank Trust, requests that this Court enter an Order:

1. Extending the deadline for U.S. Bank Trust to provide an escrow analysis statement to the Debtors pursuant to the Stipulation and this Court's order at Doc. No. 399 to October 29, 2021 at 4:30 p.m.; and

2. Grant any other such relief as the court deems just and proper.

Respectfully submitted,

U.S. BANK TRUST, NA, AS TRUSTEE OF THE
IGLOO SERIES III TRUST AS SERVICED BY
BSI FINANCIAL SERVICES

By its attorneys,

*/s/ Derek A. Castello*
Richard C. Demerle, Esq. (BBO#652242)
Derek A. Castello, Esq. (BBO#690007)
Demerle Hoeger LLP
10 City Square
Boston, MA 02129
(617) 937-7834
DCastello@DHNewEngland.com

Dated: October 22, 2021

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| In re:<br><br>OWEN MCKENNA<br>ELLEN MCKENNA,<br><br>Debtor(s). | Chapter 13<br>Case No. 14-15109-JEB |
|---|---|

**CERTIFICATE OF SERVICE**

I, Derek A. Castello, Esq. of the law firm of Demerle Hoeger LLP, hereby certify that I have, on or before the 25th day of October, 2021 served on behalf of U.S. Bank Trust, NA, as Trustee of the Igloo Series III Trust, as serviced by BSI Financial Services, a <u>Motion to Extend Time to Comply with Order Approving Stipulation</u> and this <u>Certificate of Service</u> by causing copies hereof to be sent to all parties entitled to service per the Federal Rules of Bankruptcy Procedure by electronic mail via the Case Management / Electronic Case Files (ECF) system and by first-class U.S. mail (M) to all parties not appearing electronically.

| Owen McKenna and Ellen McKenna<br>104 River St.<br>Norwell, MA 02061 (M) | Gary W. Cruickshank<br>Law Office of Gary W. Cruickshank<br>21 Custom House Street Suite 920<br>Boston, MA 02110 (ECF) |
|---|---|
| John Fitzgerald<br>5 Post Office Sq., 10th Fl, Suite 1000<br>Boston, MA 02109 (ECF) | Carolyn Bankowski-13-12<br>Chapter 13-12 Trustee Boston<br>P. O. Box 8250<br>Boston, MA 02114 (ECF) |

/s/ Derek A. Castello
Derek A. Castello, Esq.