UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| In Re: | ) | Chapter 13 |
| OWEN R. MCKENNA | ) | Case No. 14-15109-JEB |
| ELLEN L. MCKENNA | ) | |
|     Debtors | ) | |

------------------------------------

## STATEMENT OF DEBTORS REGARDING ORDER DATED SEPTEMBER 23, 2021 - DOCUMENT 400

To the Honorable Janet E. Bostwick, Bankruptcy Judge;

U.S. Bank has not complied with its obligation pursuant to Paragraph 6 of the Stipulation by providing the AEADS (as that term is defined in the Stipulation) to Mr. and Mrs. McKenna. Based upon the failure, the Debtors request that this matter be scheduled for a hearing.

A copy of the Order entered on September 23, 2021, is annexed hereto as Exhibit A.

                                                    Owen and Ellen McKenna
                                                    By their Counsel,

Dated: October 25, 2021                       /s/Gary W. Cruickshank, Esq.
                                                      21 Custom House Street
                                                      Suite 920
                                                      Boston, MA 02110
                                                      (617) 330-1960
                                                      (BBO107600)
                                                      gwc@cruickshank-law.com

## CERTIFICATE OF SERVICE

I, Gary W. Cruickshank, hereby certify that on October 25, 2021, I electronically filed with the Clerk of the Bankruptcy Court, the foregoing Statement and served same in the following manner upon the interested parties:

E-mail service: via the Court's CM/ECF system which sent notification of such filing to the following:

- **Richard Askenase**    askenaselaw@aol.com
- **Stephanie E. Babin**    sbabinecf@gmail.com
- **Carolyn Bankowski-13-12**    13trustee@ch13boston.com
- **Derek A. Castello**    bankruptcy@dhnewengland.com, dcastello@dhnewengland.com
- **Richard C. Demerle**    RDemerle@DHNewEngland.com, bankruptcy@DHNewEngland.com
- **John Fitzgerald**    USTPRegion01.BO.ECF@USDOJ.GOV
- **Marcus Pratt**    bankruptcy@KORDEASSOC.COM
- **James Southard**    bankruptcy@orlansmoran.com, ANHSOM@4stechnologies.com
- **Michael E Swain**    mswain@dhnewengland.com, bankruptcy@dhnewengland.com
- **Tatyana P. Tabachnik**    bankruptcyNE@orlans.com, ttabachnik@orlans.com;ANHSOrlans@InfoEX.com
- **Robert F. Tenney**    rtenney@cmlaw.net
- **David Yunghans**    dyunghans@masatlaw.com

And by regular, United States mail, postage prepaid upon the following:

**Dean R. Prober**
Prober & Raphael, A Law Corporation
20750 Ventura Boulevad
Suite 100
Woodland Hills, CA 91364

**Recovery Management Systems Corporation**
25 S.E. 2nd Avenue, Suite 1120
Miami, FL 33131

/s/Gary W. Cruickshank, Esq.

# EXHIBIT A



## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| *In re:* OWEN R. MCKENNA *and* ELLEN L. MCKENNA, Debtors | Ch. 13<br>14-15109-JEB |

### Order

**MATTER:**

#312 Motion filed by Joint Debtor Ellen L. McKenna, Debtor Owen R. McKenna for Determination of Final Cure and Mortgage Payment re: Rule 3002.1

For the reasons set forth at the hearing held on September 23, 2021, the Motion and the Notice of Mortgage Payment will be deemed resolved by the Stipulation [#393] approved by the Court, unless the Debtors or U.S. Bank Trust N.A. file a request by **October 25, 2021,** that the matters be set for hearing.

Dated: 9/23/2021

By the Court,

*Janet E. Bostwick*

Janet E. Bostwick
United States Bankruptcy Judge