UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| In Re: | ) | Chapter 13 |
| OWEN R. MCKENNA | ) | Case No. 14-15109-JEB |
| ELLEN L. MCKENNA | ) | |
| Debtors | ) | |

-----------------------------------

## OBJECTION/MOTION OF DEBTORS PURSUANT TO FRBP 3002.1 (b)(2) RELATIVE TO NOTICE OF MORTGAGE PAYMENT CHANGE

To the Honorable Janet E. Bostwick, Bankruptcy Judge:

The above captioned Debtors submit the following pursuant to MLBR 3002.1 (b)(2).

1. On November 9, 2021, U.S. Bank Trust N.A, as Trustee of the Igloo Series III Trust (the "Creditor") submitted a Notice of Mortgage Payment Change (the "Notice").

2. Annexed hereto as Exhibit A is a copy of an email from Mr. McKenna which explains the reason the Notice is incorrect. This information was forwarded to Counsel to the Creditor on November 12, 2021 at 12:45 P.M. and as of the time of the filing of this Motion, no response from the Creditor has been received.

3. A hearing on the Notice and the Motion is requested on December 2, 2021 at 9:30 A.M.[1]

WHEREFORE, the Debtors request a hearing on the Notice and this Motion on December 2, 2021 at 9:30 A.M. or such other time that is convenient to the Court.

Owen R. McKenna
Ellen L. McKenna
By their Counsel,

Dated: November 16, 2021

/s/Gary W. Cruickshank, Esq.
21 Custom House Street, Suite 920

---

[1] There is another hearing scheduled on that date and time in this case.

1

Boston MA 02110
(617)330-1960
(BBO107600)
gwc@cruickshank-law.com

## CERTIFICATE OF SERVICE

I, Gary W. Cruickshank, hereby certify that on November 16, 2021, I electronically filed with the Clerk of the Bankruptcy Court, the foregoing Motion and served same in the following manner upon the interested parties:

E-mail service: via the Court's CM/ECF system which sent notification of such filing to the following:

- **Richard Askenase**    askenaselaw@aol.com
- **Stephanie E. Babin**    sbabinecf@gmail.com
- **Carolyn Bankowski-13-12**    13trustee@ch13boston.com
- **Derek A. Castello**    bankruptcy@dhnewengland.com, dcastello@dhnewengland.com
- **Richard C. Demerle**    RDemerle@DHNewEngland.com, bankruptcy@DHNewEngland.com
- **John Fitzgerald**    USTPRegion01.BO.ECF@USDOJ.GOV
- **Marcus Pratt**    bankruptcy@KORDEASSOC.COM
- **James Southard**    bankruptcy@orlansmoran.com, ANHSOM@4stechnologies.com
- **Michael E Swain**    mswain@dhnewengland.com, bankruptcy@dhnewengland.com
- **Tatyana P. Tabachnik**    bankruptcyNE@orlans.com, ttabachnik@orlans.com;ANHSOrlans@InfoEX.com
- **Robert F. Tenney**    rtenney@cmlaw.net
- **David Yunghans**    dyunghans@masatlaw.com

And by regular United States mail, postage prepaid upon the following:

**Dean R. Prober**
Prober & Raphael, A Law Corporation
20750 Ventura Boulevard
Suite 100
Woodland Hills, CA 91364

**Recovery Management Systems Corporation**
25 S.E. 2nd Avenue, Suite 1120
Miami, FL 33131

/s/Gary W. Cruickshank, Esq.

# EXHIBIT A

## Gary Cruickshank

| | |
|---|---|
| **From:** | Owen McKenna <owenmckenna1@verizon.net> |
| **Sent:** | Friday, November 12, 2021 10:11 AM |
| **To:** | Gary Cruickshank |
| **Cc:** | ellenmckenna1@verizon.net |
| **Subject:** | 11/9/21 Notice of Mortgage Payment Change (NMPC) |
| **Attachments:** | BSI doc for Owen.pdf |

Hi Gary,

Please find enclosed a marked up copy of subject, which includes the BSI 10/25/21 Annual Escrow Account Disclosure Statement (AEADS).

There are seven incorrect amounts highlighted, only one (Page 2/B) is not a result of the $2,584 in missing escrow payments:

Page 2/A: New total payment: amount shown is $5,336.77 - should be $5,121.44

Page 2/B: Current escrow payment: amount shown is $3,584.36 - should be $1,948.15

Page 2/C: New escrow payment: amount shown is $2,344.59 - should be $2,129.26

Page 4/D: Actual starting balance: amount shown is $94.07 - should be $2,678.07

Page 5/E: Your escrow shortage: amount shown is -$3,938.70 - should be -$1,354.67

Page 5/F: Shortage payment: amount shown is $328.22 - should be $112.89

Page 5/G: Borrower Payment Starting With The Payment Due 12/01/21: amount shown is $5,336.77 - should be $5,121.44

Please let me know if you have any questions or need additional information.

Thank you,
Owen

1

*OLF 7 (Official Local Form 7)*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

In re Own R. McKenna
Ellen L. McKenna

Case No. 14-15109

Chapter 13

Debtor

### DECLARATION RE: ELECTRONIC FILING

**PART I - DECLARATION**

I(We) **D. Anthony Sottile** _____ and _____

_____, hereby declare(s) under penalty of perjury that all of the information contained in my **Notice of Mortgage Payment Change** (singly or jointly the "Document"), filed electronically, is true and correct. I understand that this DECLARATION is to be filed with the Clerk of Court electronically concurrently with the electronic filing of the Document. I understand that failure to file this DECLARATION may cause the Document to be struck and any request contained or relying thereon to be denied, without further notice.

I further understand that, pursuant to the Massachusetts Electronic Filing Local Rule (MEFR) 7(b), all paper documents containing original signatures executed under the penalties of perjury and filed electronically with the Court are the property of the bankruptcy estate and shall be maintained by the authorized CM/ECF Registered User for a period of five (5) years after the closing of this case.

Dated: 11/9/2021

_____
(Affiant)

_____
(Joint Affiant)

**PART II - DECLARATION OF ATTORNEY (IF AFFIANT IS REPRESENTED BY COUNSEL)**

I certify that the affiant(s) signed this form before I submitted the Document, I gave the affiant(s) a copy of the Document and this DECLARATION, and I have followed all other electronic filing requirements currently established by local rule and standing order. This DECLARATION is based on all information of which I have knowledge and my signature below constitutes my certification of the foregoing under Fed. R. Bankr. P. 9011. I have reviewed and will comply with the provisions of MEFR 7.

Dated:

Signed:_____
(Attorney for Affiant - /s/used by Registered ECF Users Only)

Case 14-15109 Doc 413 Filed 11/16/21 Entered 11/16/21 13:50:16 Desc Main
Case 14-15109 Doc 411 Filed 11/09/21 Entered 11/09/21 09:36:57 Desc Main
document Page 7 of 10
document Page 2 of 7

**Fill in this information to identify the case:**

Debtor 1: Owen R. McKenna

Debtor 2 (Spouse, if filing): Ellen L. McKenna

United States Bankruptcy Court for the: District of Massachusetts

Case number: 14-15109

Official Form 410S1

# Notice of Mortgage Payment Change 12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

Name of creditor: U.S. Bank Trust National Association, as Trustee of the Igloo Series III Trust

Court claim no. (if known): 9-2

Last 4 digits of any number you use to identify the debtor's account: 7 2 6 1

Date of payment change: 12/01/2021 (A)
Must be at least 21 days after date of this notice

New total payment: $ 5,336.77
Principal, interest, and escrow, if any

## Part 1: Escrow Account Payment Adjustment

1. Will there be a change in the debtor's escrow account payment?
   - ☐ No
   - ☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $ 3,584.36 (B)   New escrow payment: $ 2,344.59 (C)

## Part 2: Mortgage Payment Adjustment

2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?
   - ☒ No
   - ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____ %   New interest rate: _____ %

   Current principal and interest payment: $ _____   New principal and interest payment: $ _____

## Part 3: Other Payment Change

3. Will there be a change in the debtor's mortgage payment for a reason not listed above?
   - ☒ No
   - ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (Court approval may be required before the payment change can take effect.)

   Reason for change: _____

   Current mortgage payment: $ _____   New mortgage payment: $ _____

Official Form 410S1         Notice of Mortgage Payment Change         page 1

Debtor 1 __Owen R. McKenna__   Case number (if known) __14-15109__

### Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

X _[signature]_   Date __11/09/2021__

Print: __D. Anthony Sottile__   Title __Authorized Agent for Creditor__

Company __Sottile & Barile, LLC__

Address __394 Wards Corner Road, Suite 180__

__Loveland__   __OH__   __45140__

Contact phone __513-444-4100__   Email __bankruptcy@sottileandbarile.com__

Case 14-15109    Doc 413    Filed 11/16/21    Entered 11/16/21 13:50:16    Desc Main
Case 14-15109    Doc    Filed 11/09/21    Entered 11/09/21 09:36:57    Desc Main
document    Page 4 of 7
document    Page 9 of 10



```
                                              314 S Franklin St / Second Floor
                                                               PO Box 517
                                                         Titusville PA 16354
                                                              800-327-7861
                                                           814-260-4159 Fax
                                                         www.bsifinancial.com
```

OWEN R MCKENNA                         YOUR LOAN NUMBER: ███████
ELLEN L MCKENNA
P O BOX 237
NORWELL              MA 02061
                                              DATE: 10/25/21

\*\*\* ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT - PROJECTIONS \*\*\*

PLEASE REVIEW THIS STATEMENT CLOSELY - YOUR MORTGAGE PAYMENT MAY BE AFFECTED.
THIS STATEMENT TELLS YOU OF ANY CHANGES IN YOUR MORTGAGE PAYMENT, ANY SURPLUS
REFUNDS, OR ANY SHORTAGE YOU MUST PAY. IT ALSO SHOWS YOU THE ANTICIPATED
ESCROW ACTIVITY FOR YOUR ESCROW CYCLE  BEGINNING   12/21 THROUGH   11/22.
------- ANTICIPATED PAYMENTS FROM ESCROW -   12/21 THROUGH    11/22 -------
         HOMEOWNERS INS                      4707.00
         TOWN                               16971.59
         TOWN                                2517.88

         TOTAL PAYMENTS FROM ESCROW         24196.47
         MONTHLY PAYMENT TO ESCROW           2016.37 (1/12TH OF ABOVE TOTAL)

------- ANTICIPATED ESCROW ACTIVITY -    12/21 THROUGH    11/22 --------
         -ANTICIPATED PAYMENTS-              -- ESCROW BALANCE COMPARISON --
MONTH   TO ESCROW  FROM ESCROW  DESCRIPTION   ANTICIPATED      REQUIRED
                   ACTUAL STARTING BALANCE        94.07         4032.77
DEC 21   2016.37                                2110.44         6049.14
JAN 22   2016.37                                4126.81         8065.51
FEB 22   2016.37   4160.54      TOWN
                    629.47      TOWN            1353.17         5291.87
MAR 22   2016.37                                3369.54         7308.24
APR 22   2016.37                                5385.91         9324.61
MAY 22   2016.37   4250.26      TOWN
                    629.47      TOWN            2522.55         6461.25
JUN 22   2016.37                                4538.92         8477.62
JUL 22   2016.37                                6555.29        10493.99
AUG 22   2016.37   4250.25      TOWN
                    629.47      TOWN            3691.94         7630.64
SEP 22   2016.37                                5708.31         9647.01
OCT 22   2016.37                                7724.68        11663.38
NOV 22   2016.37   4707.00      HOMEOWNERS INS
                   4310.54      TOWN
                    629.47      TOWN      ALP     94.04   RLP   4032.74
```

(circled: 94.07 and 4126.81 marked "D")

▬▬▬▬▬▬▬▬

------------ DETERMINING THE SUFFICIENCY OF YOUR ESCROW BALANCE ------------
IF THE ANTICIPATED LOW POINT BALANCE (ALP) IS LESS THAN THE REQUIRED BALANCE
(RLP), THEN YOU HAVE AN ESCROW SHORTAGE. YOUR ESCROW SHORTAGE IS       -3938.70.

IF THE ANTICIPATED LOW POINT BALANCE (ALP) IS GREATER THAN THE REQUIRED
BALANCE (RLP), THEN YOU HAVE AN ESCROW SURPLUS. YOUR SURPLUS IS           0.00.

(circled: E)

------------------ CALCULATION OF YOUR NEW PAYMENT AMOUNT ------------------
            PRINCIPAL & INTEREST                              2992.18 *
            ESCROW (1/12TH OF ANNUAL ANTICIPATED              2016.37
              DISBURSEMENTS AS COMPUTED ABOVE)
            PLUS: OPTIONAL INSURANCE PREMIUMS                    0.00
            PLUS: REPLACEMENT RESERVE OR FHA SVC CHG             0.00
            PLUS: SHORTAGE PAYMENT                             328.22
            MINUS: SURPLUS CREDIT                                0.00
            ROUNDING ADJUSTMENT                                  0.00
            MINUS: BUYDOWN/ASSISTANCE PAYMENTS                   0.00

(circled: F)

BORROWER PAYMENT STARTING WITH THE PAYMENT DUE 12/01/21       5336.77

(circled: G)

 *   IF YOUR LOAN IS AN ADJUSTABLE RATE MORTGAGE, THE PRINCIPAL & INTEREST
     PORTION OF YOUR PAYMENT MAY CHANGE WITHIN THIS CYCLE IN ACCORDANCE WITH
     YOUR LOAN DOCUMENTS.
NOTE: YOUR ESCROW BALANCE MAY CONTAIN A CUSHION. A CUSHION IS AN AMOUNT OF
MONEY HELD IN YOUR ESCROW ACCOUNT TO PREVENT YOUR ESCROW BALANCE FROM BEING
OVERDRAWN WHEN INCREASES IN THE DISBURSEMENTS OCCUR. FEDERAL LAW AUTHORIZES
A MAXIMUM ESCROW CUSHION NOT TO EXCEED 1/6TH OF THE TOTAL ANNUAL ANTICIPATED
ESCROW DISBURSEMENTS MADE DURING THE ABOVE CYCLE. THIS AMOUNT IS    4032.74.
YOUR LOAN DOCUMENTS OR STATE LAW MAY REQUIRE A LESSER CUSHION. WHEN YOUR
ESCROW BALANCE REACHES ITS LOWEST POINT DURING THE ABOVE CYCLE, THAT BALANCE
IS TARGETED TO BE YOUR CUSHION AMOUNT.

YOUR ESCROW CUSHION FOR THIS CYCLE IS       4032.74.

YOUR ANTICIPATED ESCROW BALANCE CONSISTS OF THE FOLLOWING DETAIL (AN * NEXT
TO AN AMOUNT INDICATES THIS IS A TOTAL THAT REPRESENTS MORE THAN ONE PAYMENT
TO OR DISBURSEMENT FROM ESCROW):
ESCROW PAYMENTS UP TO ESCROW ANALYSIS EFFECTIVE DATE:
11/21    1948.15     00/00        0.00     00/00        0.00
ESCROW DISBURSEMENTS UP TO ESCROW ANALYSIS EFFECTIVE DATE:
00/00    0.00                     00/00     0.00
00/00    0.00                     00/00     0.00

Licensed as Servis One, Inc. dba BSI Financial Services.

BSI Financial Services NMLS # 38078. Customer Care Hours: Mon. - Fri. 8:00 am to 11:00 pm (ET) and Sat. 8:00 am to 12:00 pm (ET).

If you have filed a bankruptcy petition and there is an "automatic stay" in effect in your bankruptcy case or you have received a discharge of your personal liability for the obligation identified in this letter, we may not and do not intend to pursue collection of that obligation from you personally. If either of these circumstances apply, this notice is not and should not be construed to be a demand for payment from you personally. Unless the Bankruptcy Court has ordered otherwise, please also note that despite any such bankruptcy filing, whatever rights we hold in the property that secures the obligation remain unimpaired.