**Fill in this information to identify the case:**

Debtor 1: Owen R. McKenna

Debtor 2 (Spouse, if filing): Ellen L. McKenna

United States Bankruptcy Court for the: District of Massachusetts

Case number: 14-15109-JEB

# Form 4100R
# Response to Notice of Final Cure Payment                                     10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

## Part 1: Mortgage Information

**Name of creditor:** U.S. Bank Trust, N.A.

**Court claim no.** (if known): 10-1

**Last 4 digits** of any number you use to identify the debtor's account: 7 2 6 1

**Property address:** 104 River Street
Number    Street

Norwell, MA 02061
City    State    ZIP Code

## Part 2: Prepetition Default Payments

Check one:

☑ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:  $ _____

## Part 3: Postpetition Mortgage Payment

Check one:

☐ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: _____
MM / DD / YYYY

☑ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.
Creditor asserts that the total amount remaining unpaid as of the date of this response is:

  a. Total postpetition ongoing payments due:                                  (a) $    5,394.86

  b. Total fees, charges, expenses, escrow, and costs outstanding:          + (b) $   15,738.18

  c. **Total.** Add lines a and b.                                              (c) $   21,133.04

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on: 09/01/2020
MM / DD / YYYY

Form 4100R            Response to Notice of Final Cure Payment            page 1

Debtor 1  Owen R. McKenna
          First Name   Middle Name   Last Name

Case number (if known) 14-15109-JEB

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.

*Check the appropriate box::*

☐ I am the creditor.
☒ I am the creditor's attorney or authorized agent.

I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✗ /s/ Derek A. Castello
  Signature

Date 10/20/2020

Print   Derek A. Castello, Esq. (BBO#690007)
        First Name   Middle Name   Last Name

Title   Attorney

Company  Demerle Hoeger LLP

If different from the notice address listed on the proof of claim to which this response applies:

Address  10 City Square, 4th Floor
         Number    Street
         Boston                      MA       02129
         City                        State    ZIP Code

Contact phone  (617) 337-4444

Email  DCastello@DHNewEngland.com


BSI Financial Services

### Loan Information

| Loan # | |
|---|---|
| Borrower | Owen McKenna |
| BK Case # | 14-15109 |
| Date Filed | 10/31/2014 |
| First Post Petition Due Date | 7/1/2015 |
| POC Covers | |

### Payment Changes

| Date | P&I | Escrow | Total | Notice Filed | |
|---|---|---|---|---|---|
| 10/19/2015 | $2,936.53 | $1,718.94 | $4,655.47 | Filed w/ POC | |
| 6/1/2016 | $2,994.90 | $1,846.96 | $4,841.86 | NOPC | Escrow & ARM |
| 6/1/2017 | $3,137.50 | $1,662.55 | $4,800.05 | NOPC | Escrow & ARM |
| 8/1/2017 | $3,165.39 | $1,662.55 | $4,827.94 | NOPC | ARM |
| 1/1/2018 | $3,165.39 | $1,866.39 | $5,031.78 | NOPC | Escrow |
| 2/1/2018 | $3,219.99 | $1,866.39 | $5,086.38 | NOPC | |
| 8/1/2019 | $3,412.05 | $1,866.39 | $5,278.44 | NOPC | |
| 12/1/2019 | $3,412.05 | $2,006.67 | $5,418.72 | NOPC | |
| 2/1/2020 | | | $5,294.57 | | |
| 8/1/2020 | | | $5,108.03 | | |

Converted to CH 13 BK 6/9/15

| Date | Amount Rcvd | Post Pet Due Date | Contractual Due Date | Amt Due | Over/Short | Suspense Credit | Suspense Debit | Suspense Balance | POC Arrears Credit | POC Debit | POC Suspense Balance | POC Paid to Date | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6/30/2015 | $5,400.35 | 7/1/2015 | | $4,665.47 | $734.88 | $734.88 | | $734.88 | | | $0.00 | $0.00 | |
| 7/21/2015 | $5,325.69 | 8/1/2015 | | $4,665.47 | $660.22 | $660.22 | | $1,395.10 | | | $0.00 | $0.00 | |
| 7/27/2015 | $4,666.99 | 9/1/2015 | | $4,665.47 | $1.52 | $1.52 | | $1,396.62 | | | $0.00 | $0.00 | |
| 9/15/2015 | $4,666.99 | 10/1/2015 | | $4,655.47 | $11.52 | $11.52 | | $1,408.14 | | | $0.00 | $0.00 | |
| 10/3/2015 | $4,655.47 | 11/1/2015 | | $4,655.47 | $0.00 | | | $1,408.14 | | | $0.00 | $0.00 | |
| 11/7/2015 | $4,655.47 | 12/1/2015 | | $4,655.47 | $0.00 | | | $1,408.14 | | | $0.00 | $0.00 | |
| 12/15/2015 | $4,655.47 | 1/1/2016 | | $4,655.47 | $0.00 | | | $1,408.14 | | | $0.00 | $0.00 | |
| 1/23/2016 | $4,655.47 | 2/1/2016 | | $4,655.47 | $0.00 | | | $1,408.14 | | | $0.00 | $0.00 | |
| 2/26/2016 | $4,655.47 | 3/1/2016 | | $4,655.47 | $0.00 | | | $1,408.14 | | | $0.00 | $0.00 | |
| 4/23/2016 | $4,655.47 | 4/1/2016 | | $4,655.47 | $0.00 | | | $1,408.14 | | | $0.00 | $0.00 | |
| 4/30/2016 | $4,655.47 | 5/1/2016 | | $4,655.47 | $0.00 | | | $1,408.14 | | | $0.00 | $0.00 | |
| 6/18/2016 | $4,655.47 | 6/1/2016 | | $4,841.86 | -$186.39 | | $186.39 | $1,221.75 | | | $0.00 | $0.00 | |
| 7/9/2016 | $4,713.84 | 7/1/2016 | | $4,841.86 | -$128.02 | | $128.02 | $1,093.73 | | | $0.00 | $0.00 | |
| 8/31/2016 | $4,713.50 | 8/1/2016 | | $4,841.86 | -$128.36 | | $128.02 | $965.71 | | | $0.00 | $0.00 | |
| 10/3/2016 | $4,713.84 | 9/1/2016 | | $4,841.86 | -$128.02 | | $128.02 | $837.69 | | | $0.00 | $0.00 | |
| 10/29/2016 | $4,713.84 | 10/1/2016 | | $4,841.86 | -$128.02 | | $128.02 | $709.67 | | | $0.00 | $0.00 | |
| 11/29/2016 | $4,713.84 | 11/1/2016 | | $4,841.86 | -$128.02 | | $128.02 | $581.65 | | | $0.00 | $0.00 | |
| 12/24/2016 | | suspense | | | $0.00 | $4,713.84 | | $5,295.49 | | | $0.00 | $0.00 | |
| 1/30/2017 | $4,713.84 | 12/1/2016 | | $4,841.86 | -$128.02 | | $128.02 | $5,167.47 | | | $0.00 | $0.00 | |
| 3/2/2017 | $4,713.84 | 1/1/2017 | | $4,841.86 | -$128.02 | | $128.02 | $5,039.45 | | | $0.00 | $0.00 | |
| 4/3/2017 | $4,713.84 | 2/1/2017 | | $4,841.86 | -$128.02 | | $128.02 | $4,911.43 | | | $0.00 | $0.00 | |
| 5/1/2017 | $4,713.84 | 3/1/2017 | | $4,841.86 | -$128.02 | | $128.02 | $4,783.41 | | | $0.00 | $0.00 | |
| 5/31/2017 | $4,655.47 | 4/1/2017 | | $4,841.86 | -$186.39 | | $186.39 | $4,597.02 | | | $0.00 | $0.00 | |
| 6/24/2017 | $4,800.05 | 5/1/2017 | | $4,841.86 | -$41.81 | | $41.81 | $4,555.21 | | | $0.00 | $0.00 | |
| 7/22/2017 | $4,800.05 | 6/1/2017 | | $4,800.05 | $0.00 | | | $4,555.21 | | | $0.00 | $0.00 | |
| 9/15/2017 | $4,827.94 | 7/1/2017 | | $4,800.05 | $27.89 | $27.89 | | $4,583.10 | | | $0.00 | $0.00 | |
| 9/22/2017 | $4,827.94 | 8/1/2017 | | $4,827.94 | $0.00 | | | $4,583.10 | | | $0.00 | $0.00 | |
| 10/24/2017 | $4,827.94 | 9/1/2017 | | $4,827.94 | $0.00 | | | $4,583.10 | | | $0.00 | $0.00 | |
| 12/5/2017 | $4,827.94 | 10/1/2017 | | $4,827.94 | $0.00 | | | $4,583.10 | | | $0.00 | $0.00 | |
| 12/28/2017 | $4,827.94 | 11/1/2017 | | $4,827.94 | $0.00 | | | $4,583.10 | | | $0.00 | $0.00 | |
| 2/7/2017 | $3,643.20 | 12/1/2017 | | $4,827.94 | -$1,184.74 | | $1,184.74 | $3,398.36 | | | $0.00 | $0.00 | |
| 3/1/2018 | $4,827.94 | 1/1/2018 | | $5,031.78 | -$203.84 | | $203.84 | $3,194.52 | | | $0.00 | $0.00 | |
| 3/28/2018 | $4,827.94 | 2/1/2018 | | $5,086.38 | -$258.44 | | $258.44 | $2,936.08 | | | $0.00 | $0.00 | |
| 4/25/2018 | $4,882.54 | 3/1/2018 | | $5,086.38 | -$203.84 | | $203.84 | $2,732.24 | | | $0.00 | $0.00 | |
| 5/30/2018 | $4,882.54 | suspense | | | $4,882.54 | $4,882.54 | | $7,614.78 | | | $0.00 | $0.00 | |
| 5/30/2018 | | 4/1/2018 | | $5,086.38 | $5,086.38 | | $5,086.38 | $2,528.40 | | | $0.00 | $0.00 | |
| 6/26/2018 | $4,882.54 | 5/1/2018 | | $5,086.38 | -$203.84 | | $203.84 | $2,324.56 | | | $0.00 | $0.00 | |
| 7/30/2018 | $4,882.54 | 6/1/2018 | | $5,086.38 | -$203.84 | | $203.84 | $2,120.72 | | | $0.00 | $0.00 | |
| 8/22/2018 | $5,276.04 | 7/1/2018 | | $5,086.38 | $189.66 | $189.66 | | $2,310.38 | | | $0.00 | $0.00 | |
| 9/25/2018 | $5,276.01 | 8/1/2018 | | $5,086.38 | $189.63 | $189.63 | | $2,500.01 | | | $0.00 | $0.00 | |
| 10/24/2018 | $5,276.01 | 9/1/2018 | | $5,086.38 | $189.63 | $189.63 | | $2,689.64 | | | $0.00 | $0.00 | |
| 11/27/2018 | $5,276.01 | 10/1/2018 | | $5,086.38 | $189.63 | $189.63 | | $2,879.27 | | | $0.00 | $0.00 | |
| 1/3/2019 | $5,276.01 | 11/1/2018 | | $5,086.38 | $189.63 | $189.63 | | $3,068.90 | | | $0.00 | $0.00 | |
| 2/13/2019 | $5,276.01 | 12/1/2018 | | $5,086.38 | $189.63 | $189.63 | | $3,258.53 | | | $0.00 | $0.00 | |
| 3/4/2019 | $5,276.01 | 1/1/2019 | | $5,086.38 | $189.63 | $189.63 | | $3,448.16 | | | $0.00 | $0.00 | |
| 5/1/2019 | $5,356.74 | 2/1/2019 | | $5,086.38 | $270.36 | $270.36 | | $3,718.52 | | | $0.00 | $0.00 | |
| 5/29/2019 | $5,356.74 | 3/1/2019 | | $5,086.38 | $270.36 | $270.36 | | $3,988.88 | | | $0.00 | $0.00 | |
| 7/1/2019 | $5,356.74 | 4/1/2019 | | $5,086.38 | $270.36 | $270.36 | | $4,259.24 | | | $0.00 | $0.00 | |
| 8/6/2019 | $5,356.74 | 5/1/2019 | | $5,086.38 | $270.36 | $270.36 | | $4,529.60 | | | $0.00 | $0.00 | |
| 9/5/2019 | $5,278.44 | 6/1/2019 | | $5,086.38 | $192.06 | $192.06 | | $4,721.66 | | | $0.00 | $0.00 | |
| 10/2/2019 | $5,278.44 | 7/1/2019 | | $5,086.38 | $192.06 | $192.06 | | $4,913.72 | | | $0.00 | $0.00 | |
| 11/4/2019 | $5,278.44 | 8/1/2019 | | $5,278.44 | $0.00 | | | $4,913.72 | | | $0.00 | $0.00 | |
| 11/14/2019 | $5,278.44 | 9/1/2019 | | $5,278.44 | $0.00 | | | $4,913.72 | | | $0.00 | $0.00 | |
| 12/11/2019 | $5,418.72 | 10/1/2019 | | $5,278.44 | $140.28 | $140.28 | | $5,054.00 | | | $0.00 | $0.00 | |
| 1/14/2020 | $5,418.72 | 11/1/2019 | | $5,278.44 | $140.28 | $140.28 | | $5,194.28 | | | $0.00 | $0.00 | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 2/14/2020 | $5,418.72 | 12/1/2019 | $5,418.72 | $0.00 | $5,194.28 | $0.00 | $0.00 |
| 3/13/2020 | $5,418.72 | 1/1/2020 | $5,418.72 | $0.00 | $5,194.28 | $0.00 | $0.00 |
| 4/15/2020 | $5,294.57 | 2/1/2020 | $5,294.57 | $0.00 | $5,194.28 | $0.00 | $0.00 |
| 5/13/2020 | $5,294.57 | 3/1/2020 | $5,294.57 | $0.00 | $5,194.28 | $0.00 | $0.00 |
| 6/12/2020 | $5,294.57 | 4/1/2020 | $5,294.57 | $0.00 | $5,194.28 | $0.00 | $0.00 |
| 7/13/2020 | $5,294.57 | 5/1/2020 | $5,294.57 | $0.00 | $5,194.28 | $0.00 | $0.00 |
| 7/31/2020 | $5,108.03 | 6/1/2020 | $5,294.57 | -$186.54 | $5,007.74 | $0.00 | $0.00 |
| 9/3/2020 | $5,108.03 | 7/1/2020 | $5,294.57 | -$186.54 | $4,821.20 | $186.54 | $0.00 |
| 10/1/2020 | $5,108.03 | 8/1/2020 | $5,108.03 | $0.00 | $4,821.20 | $186.54 | $0.00 |
| | | **9/1/2020** | **$5,108.03** | -$5,108.03 | $4,821.20 | | $0.00 |
| | | **10/1/2020** | **$5,108.03** | -$5,108.03 | $4,821.20 | | $0.00 |

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| In re:<br><br>OWEN R. MCKENNA and<br>ELLEN L. MCKENNA,<br><br>        Debtors. | Chapter 13<br>Case No. 14-15109-JEB |
|---|---|

### **CERTIFICATE OF SERVICE**

I, Derek A. Castello, Esq. of the law firm of Demerle Hoeger LLP, hereby certify that I have this 20th day of October, 2020 served on behalf of U.S. Bank Trust, NA, as Trustee of the Igloo Series III Trust, as serviced by BSI Financial Services, a Response to Notice of Final Cure Payment and this Certificate of Service by causing copies hereof to be sent by electronic mail via the electronic court filing system (ECF) and by first-class U.S. mail (M) to all parties not appearing electronically but entitled to service per the Federal Rules of Bankruptcy Procedure.

| Owen McKenna and Ellen McKenna<br>104 River St.<br>Norwell, MA 02061 (M) | Gary W. Cruickshank<br>Law Office of Gary W. Cruickshank<br>21 Custom House Street Suite 920<br>Boston, MA 02110 (ECF) |
|---|---|
| John Fitzgerald<br>5 Post Office Sq., 10th Fl, Suite 1000<br>Boston, MA 02109 (M) | Carolyn Bankowski-13-12<br>Chapter 13-12 Trustee Boston<br>P. O. Box 8250<br>Boston, MA 02114 (ECF) |

            */s/ Derek A. Castello*
            Derek A. Castello, Esq.