OLF 7 (Official Local Form 7)

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

In re  Own R. McKenna  
Ellen L. McKenna

Case No. **14-15109**

Chapter **13**

Debtor

## DECLARATION RE: ELECTRONIC FILING

**PART I - DECLARATION**

I[We] __D. Anthony Sottile_____ and _____

_____, hereby declare(s) under penalty of perjury that all of the information contained in my __Notice of Mortgage Payment Change__ (singly or jointly the "Document"), filed electronically, is true and correct. I understand that this DECLARATION is to be filed with the Clerk of Court electronically concurrently with the electronic filing of the Document. I understand that failure to file this DECLARATION may cause the Document to be struck and any request contained or relying thereon to be denied, without further notice.

I further understand that, pursuant to the Massachusetts Electronic Filing Local Rule (MEFR) 7(b), all paper documents containing original signatures executed under the penalties of perjury and filed electronically with the Court are the property of the bankruptcy estate and shall be maintained by the authorized CM/ECF Registered User for a period of five (5) years after the closing of this case.

Dated: 11/9/2021

_____  
(Affiant)

_____  
(Joint Affiant)

**PART II - DECLARATION OF ATTORNEY (IF AFFIANT IS REPRESENTED BY COUNSEL)**

I certify that the affiant(s) signed this form before I submitted the Document, I gave the affiant(s) a copy of the Document and this DECLARATION, and I have followed all other electronic filing requirements currently established by local rule and standing order. This DECLARATION is based on all information of which I have knowledge and my signature below constitutes my certification of the foregoing under Fed. R. Bankr. P. 9011. I have reviewed and will comply with the provisions of MEFR 7.

Dated:

Signed:_____  
(Attorney for Affiant - /s/used by Registered ECF Users Only)

**Fill in this information to identify the case:**

Debtor 1: Owen R. McKenna

Debtor 2 (Spouse, if filing): Ellen L. McKenna

United States Bankruptcy Court for the: District of Massachusetts

Case number: 14-15109

Official Form 410S1

# Notice of Mortgage Payment Change     12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

Name of creditor: U.S. Bank Trust National Association, as Trustee of the Igloo Series III Trust

Court claim no. (if known): 9-2

Last 4 digits of any number you use to identify the debtor's account: 7 2 6 1

Date of payment change: Must be at least 21 days after date of this notice: 12/01/2021

New total payment: Principal, interest, and escrow, if any: $ 5,336.77

## Part 1: Escrow Account Payment Adjustment

1. Will there be a change in the debtor's escrow account payment?
   - ☐ No
   - ☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $ 3,584.36     New escrow payment: $ 2,344.59

## Part 2: Mortgage Payment Adjustment

2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?
   - ☒ No
   - ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____ %     New interest rate: _____ %

   Current principal and interest payment: $ _____     New principal and interest payment: $ _____

## Part 3: Other Payment Change

3. Will there be a change in the debtor's mortgage payment for a reason not listed above?
   - ☒ No
   - ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (Court approval may be required before the payment change can take effect.)

   Reason for change: _____

   Current mortgage payment: $ _____     New mortgage payment: $ _____

Official Form 410S1     Notice of Mortgage Payment Change     page 1

Debtor 1  Owen R. McKenna
        First Name    Middle Name    Last Name

Case number (if known) 14-15109

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☑ I am the creditor's authorized agent.

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

X _____[signature]_____
Signature

Date 11/09/2021

Print: D. Anthony Sottile
     First Name   Middle Name   Last Name

Title Authorized Agent for Creditor

Company Sottile & Barile, LLC

Address 394 Wards Corner Road, Suite 180
      Number    Street

Loveland        OH   45140
City                State  ZIP Code

Contact phone 513-444-4100

Email bankruptcy@sottileandbarile.com



BSI Financial Services

314 S Franklin St / Second Floor
PO Box 517
Titusville PA 16354
800-327-7861
814-260-4159 Fax
www.bsifinancial.com

OWEN R MCKENNA
ELLEN L MCKENNA
P O BOX 237
NORWELL         MA 02061

YOUR LOAN NUMBER: ▮

DATE: 10/25/21

\*\*\* ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT - PROJECTIONS \*\*\*

PLEASE REVIEW THIS STATEMENT CLOSELY - YOUR MORTGAGE PAYMENT MAY BE AFFECTED. THIS STATEMENT TELLS YOU OF ANY CHANGES IN YOUR MORTGAGE PAYMENT, ANY SURPLUS REFUNDS, OR ANY SHORTAGE YOU MUST PAY. IT ALSO SHOWS YOU THE ANTICIPATED ESCROW ACTIVITY FOR YOUR ESCROW CYCLE  BEGINNING    12/21 THROUGH    11/22.

------- ANTICIPATED PAYMENTS FROM ESCROW -    12/21 THROUGH      11/22 -------
```
        HOMEOWNERS INS           4707.00
        TOWN                    16971.59
        TOWN                     2517.88

        TOTAL PAYMENTS FROM ESCROW    24196.47
        MONTHLY PAYMENT TO ESCROW      2016.37 (1/12TH OF ABOVE TOTAL)
```

------- ANTICIPATED ESCROW ACTIVITY -      12/21 THROUGH     11/22---------
         -ANTICIPATED PAYMENTS-                    -- ESCROW BALANCE COMPARISON --

| MONTH | TO ESCROW | FROM ESCROW | DESCRIPTION | ANTICIPATED | REQUIRED |
|---|---|---|---|---|---|
|  |  |  | ACTUAL STARTING BALANCE | 94.07 | 4032.77 |
| DEC 21 | 2016.37 |  |  | 2110.44 | 6049.14 |
| JAN 22 | 2016.37 |  |  | 4126.81 | 8065.51 |
| FEB 22 | 2016.37 | 4160.54 | TOWN |  |  |
|  |  | 629.47 | TOWN | 1353.17 | 5291.87 |
| MAR 22 | 2016.37 |  |  | 3369.54 | 7308.24 |
| APR 22 | 2016.37 |  |  | 5385.91 | 9324.61 |
| MAY 22 | 2016.37 | 4250.26 | TOWN |  |  |
|  |  | 629.47 | TOWN | 2522.55 | 6461.25 |
| JUN 22 | 2016.37 |  |  | 4538.92 | 8477.62 |
| JUL 22 | 2016.37 |  |  | 6555.29 | 10493.99 |
| AUG 22 | 2016.37 | 4250.25 | TOWN |  |  |
|  |  | 629.47 | TOWN | 3691.94 | 7630.64 |
| SEP 22 | 2016.37 |  |  | 5708.31 | 9647.01 |
| OCT 22 | 2016.37 |  |  | 7724.68 | 11663.38 |
| NOV 22 | 2016.37 | 4707.00 | HOMEOWNERS INS |  |  |
|  |  | 4310.54 | TOWN |  |  |
|  |  | 629.47 | TOWN    ALP | 94.04   RLP | 4032.74 |

Page 1

```
------------ DETERMINING THE SUFFICIENCY OF YOUR ESCROW BALANCE ------------
IF THE ANTICIPATED LOW POINT BALANCE (ALP) IS LESS THAN THE REQUIRED BALANCE
(RLP), THEN YOU HAVE AN ESCROW SHORTAGE. YOUR ESCROW SHORTAGE IS     -3938.70.

IF THE ANTICIPATED LOW POINT BALANCE (ALP) IS GREATER THAN THE REQUIRED
BALANCE (RLP), THEN YOU HAVE AN ESCROW SURPLUS. YOUR SURPLUS IS         0.00.

------------------ CALCULATION OF YOUR NEW PAYMENT AMOUNT ------------------
                PRINCIPAL & INTEREST                            2992.18 *
                ESCROW (1/12TH OF ANNUAL ANTICIPATED            2016.37
                    DISBURSEMENTS AS COMPUTED ABOVE)
                PLUS: OPTIONAL INSURANCE PREMIUMS                  0.00
                PLUS: REPLACEMENT RESERVE OR FHA SVC CHG           0.00
                PLUS: SHORTAGE PAYMENT                           328.22
                MINUS: SURPLUS CREDIT                              0.00
                ROUNDING ADJUSTMENT                                0.00
                MINUS: BUYDOWN/ASSISTANCE PAYMENTS                 0.00

BORROWER PAYMENT STARTING WITH THE PAYMENT DUE 12/01/21         5336.77
*   IF YOUR LOAN IS AN ADJUSTABLE RATE MORTGAGE, THE PRINCIPAL & INTEREST
    PORTION OF YOUR PAYMENT MAY CHANGE WITHIN THIS CYCLE IN ACCORDANCE WITH
    YOUR LOAN DOCUMENTS.
NOTE: YOUR ESCROW BALANCE MAY CONTAIN A CUSHION. A CUSHION IS AN AMOUNT OF
MONEY HELD IN YOUR ESCROW ACCOUNT TO PREVENT YOUR ESCROW BALANCE FROM BEING
OVERDRAWN WHEN INCREASES IN THE DISBURSEMENTS OCCUR. FEDERAL LAW AUTHORIZES
A MAXIMUM ESCROW CUSHION NOT TO EXCEED 1/6TH OF THE TOTAL ANNUAL ANTICIPATED
ESCROW DISBURSEMENTS MADE DURING THE ABOVE CYCLE. THIS AMOUNT IS    4032.74.
YOUR LOAN DOCUMENTS OR STATE LAW MAY REQUIRE A LESSER CUSHION. WHEN YOUR
ESCROW BALANCE REACHES ITS LOWEST POINT DURING THE ABOVE CYCLE, THAT BALANCE
IS TARGETED TO BE YOUR CUSHION AMOUNT.

YOUR ESCROW CUSHION FOR THIS CYCLE IS       4032.74.

YOUR ANTICIPATED ESCROW BALANCE CONSISTS OF THE FOLLOWING DETAIL (AN * NEXT
TO AN AMOUNT INDICATES THIS IS A TOTAL THAT REPRESENTS MORE THAN ONE PAYMENT
TO OR DISBURSEMENT FROM ESCROW):
ESCROW PAYMENTS UP TO ESCROW ANALYSIS EFFECTIVE DATE:
11/21      1948.15       00/00       0.00       00/00        0.00
ESCROW DISBURSEMENTS UP TO ESCROW ANALYSIS EFFECTIVE DATE:
00/00      0.00                      00/00      0.00
00/00      0.00                      00/00      0.00
```

Licensed as Servis One, Inc. dba BSI Financial Services.

BSI Financial Services NMLS # 38078. Customer Care Hours: Mon. - Fri. 8:00 am to 11:00 pm (ET) and Sat. 8:00 am to 12:00 pm (ET).

If you have filed a bankruptcy petition and there is an "automatic stay" in effect in your bankruptcy case or you have received a discharge of your personal liability for the obligation identified in this letter, we may not and do not intend to pursue collection of that obligation from you personally. If either of these circumstances apply, this notice is not and should not be construed to be a demand for payment from you personally. Unless the Bankruptcy Court has ordered otherwise, please also note that despite any such bankruptcy filing, whatever rights we hold in the property that secures the obligation remain unimpaired.

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS
## BOSTON DIVISION

In Re:                                                          Case No. 14-15109

Owen R. McKenna
Ellen L. McKenna                                                Chapter 13

Debtors.                                                        Judge Janet E. Bostwick

## CERTIFICATE OF SERVICE

I certify that on November 9, 2021, a copy of the foregoing Notice of Mortgage Payment Change was filed electronically. Notice of this filing will be sent to the following party/parties through the Court's ECF System. Party/Parties may access this filing through the Court's system:

    Gary W. Cruickshank, Debtors' Counsel
    gwc@cruickshank-law.com

    Carolyn Bankowski, Chapter 13 Trustee
    13trustee@ch13boston.com

    John Fitzgerald, Assistant United States Trustee
    ustpregion01.bo.ecf@usdoj.gov

I further certify that on November 9, 2021, a copy of the foregoing Notice of Mortgage Payment Change was mailed by first-class U.S. Mail, postage prepaid and properly addressed to the following:

    Owen R. McKenna, Debtor
    PO Box 237
    Norwell, MA 02061

Ellen L. McKenna, Debtor
PO Box 237
Norwell, MA 02061

Dated: November 9, 2021

D. Anthony Sottile
Authorized Agent for Creditor
Sottile & Barile, LLC
394 Wards Corner Road, Suite 180
Loveland, OH 45140
Phone: 513.444.4100
Email: bankruptcy@sottileandbarile.com